# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00197-RJC-DSC

| | |
|---|---|
| BRUCE RHYNE AND JANICE RHYNE, ) ) Plaintiffs, ) ) v. ) ) UNITED STATES STEEL ) CORPORATION et al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit [for Andrew P. Fishkin and Steven M. Lucks]" (documents # 59 and 60) filed July 6, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 6, 2018

David S. Cayer
United States Magistrate Judge