# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00197-RJC-DSC

| | |
|---|---|
| **BRUCE RHYNE AND JANICE RHYNE,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**UNITED STATES STEEL** )<br>**CORPORATION et al.,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Vaughn K. Schultz and Christopher D. Stofko]" (documents ## 82-83) filed August 29, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 29, 2018

_____
David S. Cayer
United States Magistrate Judge