# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE, | : |
| | : No. 3:18-cv-00197-RJC |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES STEEL CORPORATION, et al., | : |
| Defendants. | : |

## DEFENDANT ACUITY SPECIALTY PRODUCTS, INC.'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Acuity Specialty Products, Inc. ("Acuity"), by and through its undersigned counsel, who respectfully moves for entry of summary judgment pursuant to Federal Rule of Civil Procedure 56. As set forth in more detail in the accompanying Brief in Support of Motion for Summary Judgment filed contemporaneously herewith, Acuity is entitled to judgment as a matter of law because Plaintiffs have failed to put forth evidence (i) of any benzene exposure from Acuity's Zep Parts Washing Solvent, let alone evidence that exposure from it caused Mr. Rhyne's Acute Myeloid Leukemia ("AML") or (ii) that Acuity's Zep Parts Washing Solvent was defective. Accordingly, under North Carolina law and established precedent, summary judgment is proper for Acuity.

Dated: November 26, 2019

Respectfully submitted,

/s/ William M. Starr
William M. Starr, Esquire
N.C. Bar No.: 31813
Nelson Mullins Riley & Scarborough LLP
One Wells Fargo Center

301 South College Street, 23rd Floor
Charlotte, NC 28202
bill.starr@nelsonmullins.com

Kathy K. Condo, Esquire
(admitted *pro hac vice*)
Joshua S. Snyder, Esquire
(admitted *pro hac vice*)
Babst Calland Clements and Zomnir, P.C.
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
kcondo@babstcalland.com
jsnyder@babstcalland.com

*Attorneys for Defendant Acuity Specialty Products, Inc.*

## **CERTIFICATE OF SERVICE**

I, William Starr, hereby certify that a true and correct copy of the foregoing was served this 26th day of November, 2019, to all registered parties' counsel by operation of the Court's electronic filing system.

- **Brian Andrew Bender**
  bbender@harrisbeach.com
- **Peri Berger**
  pberger@harrisbeach.com,ManagingClerksNYC@HarrisBeach.com,HBSafetyKleen@HarrisBeach.com
- **Matthew Cairone**
  mcc@caironelawfirm.com
- **Diana Coada**
  diana.coada@rtt-law.com,Sheryl.Jones@rtt-law.com,erin.sweatman@rtt-law.com,robyn.thompson@rtt-law.com
- **Kathy K. Condo**
  kcondo@babstcalland.com
- **Judi Abbott Curry**
  jcurry@harrisbeach.com
- **Mark Philip Doby**
  mdoby@wallacegraham.com
- **Andrew J. DuPont**
  adupont@lockslaw.com,etelles@lockslaw.com,clippmann@lockslaw.com
- **Jennifer Lynne Emmons**
  jemmons@lockslaw.com
- **Andrew P. Fishkin**
  afishkin@fishkinlucks.com,lhoefel@fishkinlucks.com,akim@fishkinlucks.com,awyckoff@fishkinlucks.com
- **William M. Graham**
  bgraham@wallacegraham.com,cpine@wallacegraham.com,athompson@wallacegraham.com,mdoby@wallacegraham.com
- **Timothy Gray**
  Tim.Gray@formanwatkins.com
- **John T. Holden**
  jholden@dmclaw.com,mpritt@dmclaw.com,mhopey@dmclaw.com
- **Janice Holmes**
  jholmes@gwblawfirm.com,sbook@gwblawfirm.com
- **John S. Hughes**
  jhughes@wallacegraham.com,lwike@wallacegraham.com,mwallace@wallacegraham.com
- **Howard E. Jarvis**
  jarvish@wmbac.com,gsutton@wmbac.com,acarr@wmbac.com

- **John T. Jeffries**
  jjeffries@mgclaw.com,patricia.powell@mgclaw.com,elifer@mgclaw.com
- **Christopher M. Kelly**
  ckelly@gwblawfirm.com,clee@gwblawfirm.com
- **Douglas Everette Kingsbery**
  dek@tharringtonsmith.com,bsvendsgaard@tharringtonsmith.com
- **Jeffrey Brandt Kuykendal**
  jeffrey.kuykendal@mgclaw.com,patricia.powell@mgclaw.com,laura.martin@mgclaw.com
- **Christopher C. Lam**
  clam@bradley.com,jschulz@bradley.com,chester@bradley.com,dholdren@bradley.com
- **Brian M. Ledger**
  bledger@grsm.com
- **Steven M. Lucks**
  slucks@fishkinlucks.com,kroman@fishkinlucks.com,awyckoff@fishkinlucks.com
- **Chad D. Mountain**
  cmountain@maronmarvel.com,nhares@maronmarvel.com
- **John Whitelaw Ong**
  jong@cshlaw.com,kcooper@cshlaw.com
- **Timothy Peck**
  tpeck@foxrothschild.com,hhgrant@foxrothschild.com
- **Eric G. Sauls**
  eric.sauls@lewisbrisbois.com
- **Vaughn Karl Schultz**
  vschultz@dmclaw.com
- **Jonathan Edward Schulz**
  jschulz@bradley.com,mduscha@bradley.com,chester@bradley.com
- **Thomas McRoy Shelley , III**
  roy.shelley@rtt-law.com
- **Joshua S. Snyder**
  jsnyder@babstcalland.com
- **William M. Starr**
  bill.starr@nelsonmullins.com,kathy.southworth@nelsonmullins.com,jill.tucker@nelsonmullins.com
- **Christopher Stofko**
  cstofko@dmclaw.com
- **Daniel Robert Strecker**
  dstrecker@HarrisBeach.com
- **Michael Joseph Sweeney**
  msweeney@dmclaw.com
- **Daniel Bowman White**
  dwhite@gwblawfirm.com
- **Nicholas Damian Wilson**
  nwilson@gordonrees.com
- **Virginia Marie Wooten**
  vwooten@cshlaw.com,nhowie@cshlaw.com

- (No manual recipients)

/s/ William M. Starr
William M. Starr, Esquire
N.C. Bar No.: 31813
Nelson Mullins Riley & Scarborough LLP
One Wells Fargo Center
301 South College Street, 23rd Floor
Charlotte, NC 28202
bill.starr@nelsonmullins.com

Kathy K. Condo, Esquire
(admitted *pro hac vice*)
Joshua S. Snyder, Esquire
(admitted *pro hac vice*)
Babst Calland Clements and Zomnir, P.C.
Two Gateway Center, 7th Floor
Pittsburgh, PA 15222
kcondo@babstcalland.com
jsnyder@babstcalland.com

*Attorneys for Defendant Acuity Specialty Products Group Inc.*