EXHIBIT E

VOLUME:   I

PAGES:    1-379

EXHIBITS:  1-12

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

Case No. 3:18-cv-00197-RJC-DSC

_____

BRUCE RHYNE and JANICE RHYNE,       )

            Plaintiffs,     )

         vs.              )

UNITED STATES STEEL CORPORATION,  )

et al.,                  )

           Defendants.     )

_____)

        DEPOSITION OF ROBERT F. HERRICK,

Sc.D., CIH, FAIHA, called as a witness by and on

behalf of the Defendants, Chevron U.S.A., Inc., CRC

Industries, Inc., and Univar Solutions USA Inc.,

f/k/a Univar USA Inc., pursuant to the applicable

provisions of the Federal Rules of Civil Procedure,

before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR

#13192, NH-LSR #91, MA-CSR #123193, and Notary

Public, within and for the Commonwealth of

Massachusetts, at Veritext Legal Solutions, 101

Arch Street, Suite 650, Boston, Massachusetts, on

Wednesday, November 6, 2019, commencing at 9:09

a.m.

1    **Q.** And did you prepare the report?
2    **A.** Yeah, I write the report, and then it goes
3    in at -- at the firm, EH&E, to the final
4    production, where they format it and -- and, you
5    know, do the final editing and cosmetic changes.
6    **Q.** Okay. I'm going to put before you what
7    we've marked as Herrick 1.
8    **A.** Okay.
9    **Q.** Doctor, is that your report in this
10   matter?
11          (Exhibit Herrick 1, Expert Report of
12          Robert F. Herrick, Sc.D., CIH, FAIHI.)
13   **A.** (Witness reviews document.) Yeah, this
14   looks like my report.
15   **Q.** All right. Going through the report, does
16   that help you to tell me when exactly you first
17   became involved in the matter?
18   **A.** (Witness reviews document.) Well, let's
19   see. So I signed -- the report's signed off as of
20   September 17th, 2019. So I think I was probably
21   involved, you know, for a period of -- of roughly
22   six months, six or eight months.
23          So, I mean, I -- my recollection is that,
24   you know, I really started getting information
25   about this in early 2019.

1    **Q.** Okay. Does the report contain all of your
2    opinions in this matter?
3    **A.** Yes, it does. Yeah.
4    **Q.** Did anyone else participate in the
5    preparation of the report?
6    **A.** Well, aside from the -- the person, you
7    know, the -- the staff I mentioned at EH&E, who
8    contributed to, you know, helping me put together
9    the work histories, but no one other than that.
10   **Q.** Okay. Obviously the report refers to some
11   modeling you did; is that correct?
12   **A.** Right. Yes.
13   **Q.** Or modeling that was done.
14          Did you do the modeling yourself?
15   **A.** Yes, I did.
16   **Q.** So you sat in front of the computer and
17   actually did the model?
18   **A.** I did, yes.
19   **Q.** Okay. And you picked all of the -- I
20   mean, we're going to get into this later -- but
21   obviously you relied -- at least in part -- on the
22   ART model?
23   **A.** That's correct.
24   **Q.** Okay. And the ART model contains --
25          MR. DuPONT: Objection to form.

1    **Q.** And the ART model contains a number of
2    modifying factors.
3    **A.** Yeah, there's -- there's a number of
4    inputs.
5          I want to make sure I understand your
6    question. You know, I do -- in the ART model, you
7    know, the user doesn't enter the modifying factors,
8    per se, but you have a series of inputs that you
9    provide the program.
10   **Q.** Understood.
11          You have a series of choices that you can
12   select from.
13   **A.** Sure.
14   **Q.** Okay. And did you make those choices?
15   **A.** I did.
16   **Q.** You made all of the selections?
17   **A.** I did.
18   **Q.** Okay. Thank you.
19          MR. DuPONT: Can I clarify something?
20          MR. FISHKIN: Sure. Yeah.
21          MR. DuPONT: Sure. Were there certain
22   exposure assessments you did that were not through
23   the ART model in this case?
24          THE WITNESS: Oh, there were, yeah.
25   **A.** Are we going to talk about them? 'Cause I

1    did some other modeling, but different procedure.
2    **Q.** Yeah. Understand.
3          Yeah -- no, I -- I think my question was
4    -- I think you relied on the ART model in part. If
5    I didn't say that, I meant to say that.
6          MR. DuPONT: That wasn't the question,
7    which is why I wanted to clarify.
8          MR. FISHKIN: Okay. Yeah.
9    **Q.** No, I understand you didn't rely
10   exclusively on the ART model. Okay. Understood.
11          So obviously you received information in
12   the matter before preparation of the report; is
13   that right?
14   **A.** I did, yeah.
15   **Q.** Okay. What information did you receive
16   before preparing the report?
17   **A.** Well, there was a -- I think we used a --
18   a Dropbox or a share file -- I'm not sure what the
19   technology was in this case -- but Mr. DuPont
20   included information about -- well -- the
21   depositions, obviously, from -- from Rhyne, and
22   there was another deposition from one of his
23   coworkers, whose name I'm blanking on right at the
24   moment; and there were lots of documents in there
25   about the safety data sheets and the product