# EXHIBIT H

**Table 4** Cumulative Benzene Exposure by Product and Facility

| Process/Product | Cumulative Exposure Midpoint (ppm-years) | Cumulative Exposure Range (ppm-years) |
|---|---|---|
| **Kutzit** | | |
| Home use | 0.24 | 0.18 – 0.36 |
| East Lincoln High School | Not determined | – |
| Setzer's 1974 | 1.22 | – |
| Setzer's 1975 | 0.05 | – |
| Duke Energy – Maintenance | 0.31 | 0.03 – 0.62 |
| **Rust Penetrant Liquid Wrench** | | |
| Home use | 0.1 | – |
| East Lincoln High School | 0.15 | 0.08 – 0.5 |
| Setzer's | 0.048 | 0.002 – 0.142 |
| Duke Energy – Pipe Fab Shop | | |
| LW containing 3% benzene | 3.75 | 3.25-4.25 |
| LW containing 5% benzene | 6.25 | 5.42-7.55 |
| LW containing 7% benzene | 8.75 | 8.00-9.50 |
| **Safety-Kleen Mineral Spirits Parts Washers** | | |
| East Lincoln High School | 0.42 | 0.22 – 0.82 |
| Setzer's | 0.1 | 0.06 – 0.2 |
| Duke Energy – Pipe Fab Shop | 2.49 | 1.23 – 4.95 |
| Duke Energy – Maintenance | 1.4 | 0.77 – 2.66 |
| **Mineral Spirits Cleaning** | | |
| Duke Energy – Maintenance | 2.8 | 1.7 – 5.45 |
| **Spotcheck** | | |
| Duke Energy | Not determined | – |
| **Tap Magic/Rapid tap** | | |
| Duke Energy | Not determined | – |
| **CRC products** | | |
| Duke Energy – Maintenance | | |
| 10 ppm benzene | 0.049 | 0.021 – 0.091 |
| 100 ppm benzene | 0.49 | 0.21 – 0.91 |
| **Kroil** | | |
| Duke Energy – Maintenance | 3.5  \ 0.02 | 0.07 – 7.0  0.004 – 0.04 |
| **Marvel Mystery Oil** | | |
| Duke Energy – Maintenance | Not determined | – |
| **Total** | | |
| Low (3% benzene LW; 10 ppm benzene CRC) | 17.07  13.07 | 8.86 – 28.37  8.79 – 21.4 |
| Medium (5% benzene LW; 10 ppm benzene CRC) | 19.57  17.53 | 13.04 – 33.5  12.96 – 26.57 |
| High (7% benzene LW; 100 ppm benzene CRC) | 21.63  18.52 | 13.8 – 34.44  13.73 – 27.46 |



43