# DEFENDANT TURTLE WAX, INC.'S
# EXHIBIT F

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

| | |
|---|---|
| Bruce and Janice Rhyne, his wife, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 0228 |
| | ) |
| U.S. Steel Corp., et al., | ) |
| | ) |
| Defendants. | |

# EXPERT REPORT OF
# ROBERT F. HERRICK, Sc.D., CIH, FAIHA

EXHIBIT
Herrick 1
11-6-19

timeframe of 2000s. Mr. Rhyne left work in May of 2015, received 6 months of short-term disability and then went on long-term disability.

| Process/Product | Daily Exposure Midpoint (ppm) | Daily Exposure Range (ppm) |
|---|---|---|
| **Kutzit** | | |
| Home use | 0.04 | 0.03 – 0.06 |
| East Lincoln High School | Not determined | -- |
| Setzer's 1974 | 1.22 | -- |
| Setzer's 1975 | 0.005 | -- |
| Duke Energy – Maintenance | 0.024 | 0.002 – 0.048 |
| **Rust Penetrant Liquid Wrench** | | |
| Home use | 0.01 | -- |
| East Lincoln High School | 0.075 | 0.004 – 0.25 |
| Setzer's | 0.02 | 0.001 – 0.07 |
| Duke Energy – Pipe Fab Shop | | |
| LW containing 3% benzene | 1.5 | 1.3 – 1.7 |
| LW containing 5% benzene | 2.5 | 2.17 – 3.02 |
| LW containing 7% benzene | 3.5 | 3.2 – 3.8 |
| **Safety-Kleen Mineral Spirits Parts Washers** | | |
| East Lincoln High School | 0.21 | 0.11 – 0.41 |
| Setzer's | 0.05 | -- |
| Duke Energy – Pipe Fab Shop | 0.82 | 0.41 – 1.65 |
| Duke Energy – Maintenance | 0.2 | 0.11 – 0.38 |
| **Mineral Spirits Cleaning** | | |
| Duke Energy – Maintenance | 0.56 | 0.34 – 1.09 |
| **Spotcheck** | | |
| Duke Energy | Not determined | -- |
| **Tap Magic/Rapid tap** | | |
| Duke Energy | Not determined | -- |
| **CRC products** | | |
| Duke energy – Maintenance [10 ppm benzene] | 0.007 | 0.003 – 0.013 |
| Duke energy – Maintenance [100 ppm benzene] | 0.07 | 0.04 – 0.13 |
| **Kroil** | | |
| Duke Energy – Maintenance | 0.5 | 0.01 – 1.0 |
| **Marvel Mystery Oil** | | |
| Duke Energy – Maintenance | Not determined | -- |

Table 3  Daily Average Benzene Exposure by Product and Facility

## DERMAL EXPOSURES

Mr. Rhyne stated that he had skin contact with some materials he worked with, particularly Liquid Wrench while he was beveling and cutting metal parts. The potential for skin exposure to

39

| Process/Product | Cumulative Exposure Midpoint (ppm-years) | Cumulative Exposure Range (ppm-years) |
|---|---|---|
| **Kutzit** | | |
| Home use | 0.24 | 0.18 – 0.36 |
| East Lincoln High School | Not determined | --- |
| Setzer's 1974 | 1.22 | --- |
| Setzer's 1975 | 0.05 | --- |
| Duke Energy – Maintenance | 0.31 | 0.03 – 0.62 |
| **Rust Penetrant Liquid Wrench** | | |
| Home use | 0.1 | --- |
| East Lincoln High School | 0.15 | 0.08 – 0.5 |
| Setzer's | 0.048 | 0.002 – 0.142 |
| Duke Energy – Pipe Fab Shop | | |
| LW containing 3% benzene | 3.75 | 3.25-4.25 |
| LW containing 5% benzene | 6.25 | 5.42-7.55 |
| LW containing 7% benzene | 8.75 | 8.00-9.50 |
| **Safety-Kleen Mineral Spirits Parts Washers** | | |
| East Lincoln High School | 0.42 | 0.22 – 0.82 |
| Setzer's | 0.1 | 0.06 – 0.2 |
| Duke Energy – Pipe Fab Shop | 2.49 | 1.23 – 4.95 |
| Duke Energy – Maintenance | 1.4 | 0.77 – 2.66 |
| **Mineral Spirits Cleaning** | | |
| Duke Energy – Maintenance | 2.8 | 1.7 – 5.45 |
| **Spotcheck** | | |
| Duke Energy | Not determined | --- |
| **Tap Magic/Rapid tap** | | |
| Duke Energy | Not determined | --- |
| **CRC products** | | |
| Duke Energy – Maintenance | | |
| 10 ppm benzene | 0.049 | 0.021 – 0.091 |
| 100 ppm benzene | 0.49 | 0.21 – 0.91 |
| **Kroil** | | |
| Duke Energy – Maintenance | 3.5 | 0.07 – 7.0 |
| **Marvel Mystery Oil** | | |
| Duke Energy – Maintenance | Not determined | --- |
| **Total** | | |
| Low (3% benzene LW; 10 ppm benzene CRC) | 17.07 | 8.86 – 28.37 |
| Medium (5% benzene LW; 10 ppm benzene CRC) | 19.57 | 13.04 – 33.5 |
| High (7% benzene LW; 100 ppm benzene CRC) | 21.63 | 13.8 – 34.44 |

Table 4 Cumulative Benzene Exposure by Product and Facility