IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE, ) | Case No.: 3:18-cv-00197-RJC-DSC |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| UNITED STATES STEEL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT CHEVRON U.S.A. INC.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Chevron U.S.A. Inc. ("Chevron"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, moves the Court for entry of summary judgment as to all claims asserted by Plaintiffs against Chevron. There is no genuine issue of material fact, and Chevron is entitled to judgment as a matter of law. In support of this motion, Chevron submits its brief filed contemporaneously herewith, along with the exhibits thereto.

This is the 29th day of November, 2019.

/s/ Timothy Peck
Timothy Peck (N.C. Bar No. 9991)
Attorney for Defendant Chevron U.S.A. Inc.
Fox Rothschild LLP
300 N. Greene St., Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Fax: (336) 378-5400
E-mail: tpeck@foxrothschild.com

Andrew P. Fishkin (admitted *pro hac vice*)
Attorney for Defendant Chevron U.S.A. Inc.
Fishkin Lucks LLP
One Riverfront Plaza
Suite 410
Newark, NJ 07102
Telephone: (973) 536-2800
Fax: (973) 679-4435
E-mail: afishkin@fishkinlucks.com

.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2019, I electronically filed the foregoing "Defendant Chevron U.S.A. Inc.'s Motion for Summary Judgment" with the clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system, and I hereby certify that I have electronically served the document upon all counsel in this action registered with the CM/ECF system.

This is the 29th day of November, 2019.

/s/ Timothy Peck
Timothy Peck (N.C. Bar No. 9991)
Attorney for Defendant Chevron U.S.A. Inc.
Fox Rothschild LLP
300 N. Greene St., Suite 1400
Greensboro, NC 27401
Telephone: (336) 378-5200
Fax: (336) 378-5400
E-mail: tpeck@foxrothschild.com