# EXHIBIT K

VOLUME: I
PAGES: 1-379
EXHIBITS: 1-12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:18-cv-00197-RJC-DSC

BRUCE RHYNE and JANICE RHYNE, )
Plaintiffs, )
vs. )
UNITED STATES STEEL CORPORATION, )
et al., )
Defendants. )

DEPOSITION OF ROBERT F. HERRICK, Sc.D., CIH, FAIHA, called as a witness by and on behalf of the Defendants, Chevron U.S.A., Inc., CRC Industries, Inc., and Univar Solutions USA Inc., f/k/a Univar USA Inc., pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR #123193, and Notary Public, within and for the Commonwealth of Massachusetts, at Veritext Legal Solutions, 101 Arch Street, Suite 650, Boston, Massachusetts, on Wednesday, November 6, 2019, commencing at 9:09 a.m.


Case 3:18-cv-00197-RJC-DSC Document 138-11 Filed 11/29/19 Page 2 of 5

Q. And then he testifies to that again. The questioner asked him the same question again.

A. Question was "What was the name of the CRC product?" And his answer was "CRC is the only one I --" and then the question: "Anything beyond that?" And he said, "No, sir."

Q. Okay. So does that refresh your recollection that he testified that he could not identify the CRC product that he used?

MR. DuPONT: Objection. Form.

A. I -- this is, yeah. I think this is pretty, you know, that -- that was the best recollection he had. He remembered CRC, but he wasn't able to identify a particular brand or product name.

Q. All right. I'll take that back. Thank you.

Do you recall anything in the record in this matter that -- withdraw that.

Did you see any information that Mr. Rhyne ever worked with or around a Berryman product?

A. I -- I don't remember that coming up at all. I don't recall that he mentioned that he had ever used Berryman, no.

Q. Did you see any information in the record

that Mr. Rhyne ever worked with or around a 3M product?

A. That does not ring a bell. I don't remember that he mentioned that, no.

Q. Doctor, did you have any information about the different manufacturers and suppliers of solvent ingredients that may have been contained in the different products that you listed in Tables 3 and 4?

MR. DuPONT: Compound.

A. Could you help me understand the "solvent ingredients."

Q. Sure.

A. That would be, say, the manufacturer of the components that were in these -- these end user products?

Q. Yes.

Manufacturers or suppliers.

A. Uh-huh.

MR. DuPONT: Compound.

A. I don't remember -- I don't believe that I had that information, no.

Q. Do you understand -- obviously -- well, let me take that back.

Do you understand that each of the

Commonwealth of Massachusetts
Middlesex, ss.

I, P. Jodi Ohnemus, Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 6th day of November, 2019, the deponent herein, who was duly sworn by me; that the ensuing examination upon oath of the said deponent was reported stenographically by me and transcribed into typewriting under my direction and control; and that the within transcript is a true record of the questions asked and answers given at said deposition.

I FURTHER CERTIFY that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and, further, that I am not a relative or employee of any attorney or financially interested in the outcome of the action.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my seal of office this 10th day of November, 2019, at Waltham.

Patricia Jodi Ohnemus

P. Jodi Ohnemus, RPR, RMR, CRR
CSR, Notary Public,
Commonwealth
of Massachusetts
My Commission Expires:
3/14/2021