IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE, ) | Case No.: 3:18-cv-00197-RJC-DSC |
| Plaintiffs, ) | |
| v. ) | |
| UNITED STATES STEEL ) | |
| CORPORATION, et al., ) | |
| Defendants. ) | |

## DEFENDANT UNIVAR USA INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Univar USA. Inc. ("Univar"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, moves the Court for entry of summary judgment as to all claims asserted by Plaintiffs against Univar. There is no genuine issue of material fact, and Univar is entitled to judgment as a matter of law. In support of this motion, Univar submits its brief filed contemporaneously herewith, with the exhibits thereto.

This is the 29th day of November, 2019.

                                            /s/ Andrew P. Fishkin
                                         Andrew P. Fishkin (admitted *pro hac vice*)
                                         Attorney for Defendant Univar USA Inc.
                                         Fishkin Lucks LLP
                                         One Riverfront Plaza, Suite 410
                                         Newark, NJ 07102
                                         Telephone: (973) 536-2800
                                         Fax: (973) 679-4435
                                         E-mail: afishkin@fishkinlucks.com

/s/ Janice Holmes  
Janice Holmes (N.C. Bar No. 48533)  
Attorney for Defendant Univar USA Inc.  
Gallivan, White & Boyd, P.A.  
1221 Main Street, Suite 1200  
Columbia, SC 29201  
Telephone: (803) 779-1833  
Fax: (803) 779-1767  
Email: jholmes@gwblawfirm.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 29, 2019, I electronically filed the foregoing "Defendant Univar USA Inc.'s Motion for Summary Judgment" with the clerk of the United States District Court for the Western District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system, and I hereby certify that I have electronically served the document upon all counsel in this action registered with the CM/ECF system.

This is the 29th day of November, 2019.

      /s/ Andrew P. Fishkin
Andrew P. Fishkin (admitted *pro hac vice*)
Attorney for Defendant Univar USA Inc.
Fishkin Lucks LLP
One Riverfront Plaza, Suite 410
Newark, NJ 07102
Telephone: (973) 536-2800
Fax: (973) 679-4435
E-mail: afishkin@fishkinlucks.com