**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:18-CV-00197-RJC-DSC**

| | | |
|---|---|---|
| **BRUCE RHYNE AND JANICE RHYNE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES STEEL** | ) | |
| **CORPORATION et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

      **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Christopher C. Palermo]" (document # 145) filed December 10, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED**.

Signed: December 10, 2019

David S. Cayer
United States Magistrate Judge