UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES STEEL CORPORATION, et al.,<br><br>          Defendants. | Civil Action No.: 3:18-cv-00197 |

### DEFENDANTS SAFETY-KLEEN SYSTEMS, INC. AND UNITED STATES STEEL CORPORATION'S JOINT MOTION TO EXCLUDE THE TESTIMONY, OPINIONS, AND REPORT OF DR. ROBERT HERRICK

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), Defendants Safety-Kleen Systems Inc. and United States Steel Corporation hereby jointly move the Court for an Order to exclude the testimony, opinions, and report of Plaintiffs' expert, Dr. Robert Herrick, for the reasons set forth in the separately-filed joint memorandum of law, and for such other and further relief as the Court deems just and proper.

Pursuant to Western District of North Carolina Local Rule 7.1(b), Safety-Kleen has consulted with Plaintiffs who do not consent to the Motion.

This the 7th day of April, 2020.

                                                  By: */s/ Eric G. Sauls*
                                                           Eric G. Sauls
                                                           Lewis Brisbois Bisgaard & Smith, LLP
                                                           N.C. State Bar No. 38481
                                                           4101 Lake Boone Trail, Suite 514
                                                           Raleigh, North Carolina 27607-3977
                                                           Telephone: (919) 821-4020
                                                           Facsimile: (919) 829-0055
                                                           Eric.Sauls@lewisbrisbois.com

Brian A. Bender (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
Judi A. Curry (*pro hac vice*)
Peri A. Berger (*pro hac vice*)
Harris Beach PLLC
100 Wall Street
New York, NY 10005
Telephone: (212) 687-0100
Facsimile: (212) 687-0659
bbender@harrisbeach.com
cpalermo@harrisbeach.com
jcurry@harrisbeach.com
pberger@harrisbeach.com
*Attorneys for Defendant Safety-Kleen Systems, Inc.*

By: */s/ Jonathan E. Schulz*
Jonathan E. Schulz (N.C. Bar No. 47285)
jschulz@bradley.com
Christopher C. Lam (N.C. Bar No. 28627)
clam@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tyron Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6059
Facsimile: (704) 338-6099

Matthew Cairone
(Admitted *pro hac vice)*
THE CAIRONE LAW FIRM, PLLC
PMB 58
1900 Main Street, Suite 107
Cannonsburg, PA 15317-5861
mcc@caironelawfirm.com

Timothy Gray
(Admitted *pro hac vice*)
FORMAN WATKINS KRUTZ, LLP
201 St. Charles Avenue, Suite 2100
New Orleans, LA 70139
Tim.Gray@formanwatkins.com

*Attorneys for Defendant United States Steel Corporation*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has this date filed **JOINT MOTION TO EXCLUDE DR. ROBERT HERRICK** with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 7th day of April, 2020.

By: /s/ Peri A. Berger
Peri A. Berger