UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES STEEL CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No.: 3:18-cv-00197 |

**THE SAVOGRAN COMPANY'S NOTICE OF JOINDER IN THE MOTIONS TO EXCLUDE OR LIMIT THE TESTIMONY, OPINIONS AND REPORTS OF PLAINTIFFS' EXPERTS DRS. HARRISON, GORE, INFANTE, HERRICK, AND PETTY PURSUANT TO FEDERAL RULE OF EVIDENCE 702 AND DAUBERT AS FILED BY DEFENDANTS UNITED STATES STEEL CORPORATION AND SAFETY-KLEEN, INC.**

Defendant THE SAVOGRAN COMPANY ("Savogran") respectfully notifies this Honorable Court and all parties that it joins and simultaneously moves for an Order pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), excluding the testimony, opinions, and reports of Plaintiffs' experts Drs. Harrison, Gore, Infante, Herrick, and formerly designated expert Petty, at the trial of this action on and after July 6, 2020. Savogran joins in and adopts those arguments of United States Steel Corporation, Inc. and Safety-Kleen, Inc. made in their own separate and joint motions to exclude identified below, as more specifically set forth in the electronic record in this action, incorporated herein by reference as if fully set forth in this filing:

　　1.　　Defendant United States Steel Corporation's Motion to Exclude Plaintiffs' Expert Steven D. Gore, M.D. (Docket Nos. 182-183);

2. Defendants United States Steel Corporation's and Safety-Kleen Systems Inc.'s Joint Motion to Strike the Opinions and Report of Stephen Petty, PE, CIH (Docket Nos. 184-185);

3. Defendant United States Steel Corporation's Motion to Exclude The Testimony, Opinions and Report of Dr. Peter Infante (Docket Nos. 186-187);

4. Defendant United States Steel Corporation's Motion to Exclude or Limit The Testimony, Opinions and Reports of Plaintiffs' Expert Robert Harrison, M.D. (Docket Nos. 188-189);

5. Defendant Safety-Kleen Systems, Inc.'s Motion To Exclude The Testimony, Opinions, and Report of Dr. Steven Gore (Docket Nos. 190-191);

6. Defendant Safety-Kleen Systems, Inc.'s Motion To Exclude The Testimony, Opinions, and Report of Dr. Robbert [sic] Harrison (Docket Nos. 192 and 194);

7. Defendant Safety-Kleen Systems, Inc.'s Motion To Exclude The Testimony, Opinions, and Report of Dr. Peter Infante (Docket Nos. 195-196); and

8. Defendants Safety-Kleen Systems, Inc. and United States Steel Corporation's Joint Motion To Exclude The Testimony, Opinions, And Report Of Dr. Robert Herrick (Docket Nos. 197 and 201).

///

///

Respectfully submitted, this 7th day of April, 2020.

By: */s/ Brian M. Ledger*
Brian M. Ledger, Esq.
CA State Bar No.: 156942
GORDON REES SCULLY MANSUKHANI LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: bledger@grsm.com

By: /s/ Robin K. Vinson
Robin K. Vinson, Esq.
N. C. State Bar No.: 9018
GORDON REES SCULLY MANSUKHANI LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
Telephone: (919) 500-0856
Facsimile: (919) 741-5840
Email: rvinson@grsm.com

*Attorneys for Defendant The Savogran Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, April 7, 2020, I filed the foregoing **THE SAVOGRAN COMPANY'S NOTICE OF JOINDER** with the Court using the CM/ECF system, which will serve all counsel of record.

By: */s/ Brian M. Ledger*
Brian M. Ledger, Esq.
CA State Bar No.: 156942
GORDON REES SCULLY MANSUKHANI LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
bledger@grsm.com

By: /s/ Robin K. Vinson
Robin K. Vinson, Esq.
N. C. State Bar No.: 9018
GORDON REES SCULLY MANSUKHANI LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
Telephone: (919) 500-0856
Facsimile: (919) 741-5840
Email: rvinson@grsm.com

*Attorneys for Defendant The Savogran Company*