IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:18-cv-197-RJC

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| UNITED STATES STEEL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LENGTH LIMIT**

Plaintiffs, through counsel, pursuant to LCvR 7.1 hereby respectfully request that the Court permit them to file a brief in excess of the 25-page limit under Local Rule 7.1(d), and show:

1. A joint motion to exclude Plaintiffs' expert Robert Herrick was filed by Defendants Safety-Kleen and United States Steel Corporation jointly (Doc. 197) along with a joint brief (Doc. 201).

2. As described in the Plaintiffs' proposed oversize brief (filed herewith), the Defendants' brief makes numerous summary factual statements which require refutation by careful reference to the record.

3. The brief by its joint nature also toggles between arguments specific to US Steel and others related to Safety-Kleen in a manner that requires Plaintiffs to expend additional page length to address.

4. Rather than file two separate 25-page maximum length briefs separately responding to US Steel's and Safety-Kleen's arguments, Plaintiffs have prepared a single response to the joint motion which is less than 50 pages.

1

5. Plaintiffs will agree to allow Defendants' to have additional page length for their reply briefs, if they find it necessary in responding.

Plaintiffs pursuant to LCvR 7.1(b) shows that undersigned counsel informed US Steel and Safety-Kleen that they sought to request additional page length and asked whether they would consent to the motion. On April 21, 2020 consent was granted by Counsel for United States Steel, Safety-Kleen and Savogran.

Dated: April 21, 2020.

                                                              *s/Andrew J. DuPont*
                                                              Andrew J. DuPont, *admitted pro hac vice*
LOCKS LAW FIRM
601 Walnut St. Suite 720 East
Philadelphia, PA 19106
Phone: (215) 893-3425
adupont@lockslaw.com

Mona Lisa Wallace (NCBN 9021)
Mark Doby (NCBN 39637)
John Hughes (NCBN 22126)
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
mwallace@wallacegraham.com
mdoby@wallacegraham.com
jhughes@wallacegraham.com

**EXHIBITS**
1. Proposed order.
2. Response brief.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

>Respectfully submitted,
>Attorneys for Plaintiffs
>
>
>*s/Andrew J. DuPont*
>Andrew J. DuPont, *admitted pro hac vice*
>LOCKS LAW FIRM
>601 Walnut St. Suite 720 East
>Philadelphia, PA 19106
>Phone: (215) 893-3425
>adupont@lockslaw.com
>
>Mona Lisa Wallace (NCBN 9021)
>Mark Doby (NCBN 39637)
>John Hughes (NCBN 22126)
>WALLACE & GRAHAM, P.A.
>525 North Main Street
>Salisbury, NC 28144
>Tel. No. (704) 633-5244
>Fax: (704) 633-9434
>mwallace@wallacegraham.com
>mdoby@wallacegraham.com
>jhughes@wallacegraham.com

4

Case 3:18-cv-00197-RJC-DSC   Document 213   Filed 04/21/20   Page 4 of 4