Exhibit 2
Robert Herrick
September 23, 2019

```
 1  IN THE CIRCUIT COURT OF THE 15TH JUDICIAL
 2  CIRCUIT IN AND FOR PALM BEACH COUNTY,
 3  FLORIDA
 4  CASE NO. 502016CA013844XXXXMB AE
 5
 6  ROBERT HOWELL and KAREN HOWELL,
 7              Plaintiffs,
 8           vs.
 9  PALMDALE OIL COMPANY, INC.;
10  ET AL.,
11              Defendants.
12
13
14
15           DEPOSITION OF ROBERT HERRICK, a witness
16  called on behalf of the Defendants, taken pursuant
17  to the applicable provisions of the Massachusetts
18  Rules of Civil Procedure before Cynthia A. Powers,
19  Professional Shorthand Reporter and Notary Public
20  in and for the Commonwealth of Massachusetts, at
21  the law offices of Duane Morris LLP, 100 High
22  Street, Suite 2400, Boston, Massachusetts, on
23  Monday, September 23, 2019, commencing at
24  9:04 a.m.
25
```

Case 3:18-cv-00197-RJC-DSC   Document 226-2   Filed 04/23/20   Page 1 of 4
U.S. LEGAL SUPPORT
www.uslegalsupport.com

## Page 2

```
 1  APPEARANCES:
 2        Andrew J. DuPont, Esquire
 3        Locks Law Firm
 4        601 Walnut Street, Suite 720 East
 5        Philadelphia, PA 19106
 6        (215) 893-3425
 7        adupont@lockslaw.com
 8        Representing Robert and Karen Howell
 9
10        Daniel J. Gerber, Esquire
11        Rumberger Kirk & Caldwell, PA
12        300 South Orange Avenue (32801)
13        Orlando, FL 32802
14        (407) 872-7300
15        dgerber@rumberger.com
16        Representing Palmdale Oil Company, Inc.
17
18        Robert T. Connor, Esquire
19        Kelley Jasons McGowan
20        Spinelli Hanna & Reber, LLP
21        1818 Market Street, Suite 3205
22        Philadelphia, PA 19103
23        (215) 854-8434
24        rconnor@kjmsh.com
25        Representing B'Laster Corporation
```

## Page 3

```
 1  APPEARANCES (Cont.):
 2        Gary J. Saalman, Esquire
 3        Vorys, Sater, Seymour and Pease, LLP
 4        52 East Gay Street
 5        Columbus, OH 43216
 6        (614) 464-5678
 7        gjsaalman@vorys.com
 8        Representing Illinois Tool Works, Inc.
 9
10  APPEARANCES BY TELEPHONE:
11        Judi Abbott Curry, Esquire
12        Harris Beach PLLC
13        100 Wall Street
14        New York, New York 10005
15        (212) 687-0100
16        jcurry@harrisbeach.com
17        Representing Safey-Kleen Systems, Inc.
18
19        Lucia V. Pazos, Esquire
20        MG+M Law Firm
21        600 Brickell Avenue
22        Miami, FL 33131
23        (305) 537-3421
24        LPazos@mgmlaw.com
25        Representing Genuine Parts Company
```

## Page 4

```
 1  APPEARANCES BY TELEPHONE (Cont.):
 2        Jonathan P. Cramer, Esquire
 3        Reed Smith LLP
 4        10 South Wacker Drive, 40th Floor
 5        Chicago, IL 60606
 6        (312) 207-1000
 7        jcramer@reedsmith.com
 8        Representing Shell Oil Company
 9
10        Ira J. Gonzalez, Esquire
11        Fowler White Burnett
12        1395 Brickell Avenue, 14th Floor
13        Miami, FL 33131
14        (305) 789-9200
15        IGonzalez@fowler-white.com
16        Representing Ashland LLC, Chevron USA,
17        Inc., Union Oil Company of California,
18        CRC Industries, Inc., and Univar USA,
19        Inc.
```

## Page 5

```
 1  APPEARANCES BY TELEPHONE (Cont.):
 2        Reginald Clyne, Esquire
 3        Quintairos, Rieto, Wood & Boyer, P.A.
 4        9300 South Dadeland Boulevard, 4th Floor
 5        Miami, FL 33156
 6        (305) 670-1101
 7        reginald.clyne@qpwblaw.com
 8        Representing Port Consolidated
 9
10        Mark H. Ruff, Esquire
11        Wicker Smith
12        515 North Flagler Drive, Suite 1600
13        West Palm Beach, FL 33401
14        (561) 689-3800
15        MRuff@wickersmith.com
16        Representing Sea Foam
17
18        Robin B. Rothman, Esquire
19        Litchfield Cavo LLP
20        600 Corporate Drive, Suite 600
21        Fort Lauderdale, FL 33334
22        (954) 689-3024
23        Rothman@LitchfieldCavo.com
24        Representing Technical Chemical Company
25
```

Case 3:18-cv-00197-RJC-DSC  Document 226-2  Filed 04/23/20  Page 2 of 4
U.S. LEGAL SUPPORT
www.uslegalsupport.com

Page 6

```
 1 APPEARANCES BY TELEPHONE (Cont.):
 2        Ryan D. Burns, Esquire
 3        Marshall Dennehey Warner
 4        Coleman & Goggin
 5        100 NE 3rd Avenue, 11th Floor
 6        Fort Lauderdale, FL 33301
 7        (954) 847-4920
 8        RDBurns@mdwcg.com
 9        Representing Marvel Oil Co., Inc.
10
11        William J. Judge, Esquire
12        Hill Ward Henderson
13        101 East Kennedy Boulevard
14        Tampa, FL 33602
15        (813) 221-3900
16        william.judge@hwhlaw.com
17        Representing Advanced Auto
```

Page 7

```
 1              I N D E X
 2                                          Page
 3 Examination by Mr. Connor                 10
 4 Examination by Mr. Gerber                156
 5 Examination by Mr. Clyne                 220
 6 Examination by Mr. Saalman               221
 7 Afternoon Session                        135

12              E X H I B I T S
13 Number                                   Page
14 Exhibit 1  Re-Notice of Taking Deposition  10
15            Duces Tecum
16 Exhibit 2  Curriculum Vitae                10
17 Exhibit 3  Expert Report of Robert F. Herrick  10
18 Exhibit 4  Ambient Formaldehyde Levels Before,  76
19            During and After Biological Safety
20            Cabinet Decontamination
21 Exhibit 5  Issues in Performing Retrospective  84
22            Exposure Assessment
23 Exhibit 6  Performance of Passive Diffusion  93
24            Monitors for Organic Vapors for
25            Personal Sampling of Painters
```

Page 8

```
 1         E X H I B I T S (Cont.)
 2 Number                                   Page
 3 Exhibit 7  Evaluation of a Mathematical Model  97
 4            for Estimating Solvent Exposures
 5            in the Workplace
 6 Exhibit 8  Notes                         108
 7 Exhibit 9  ART User Guide                135
 8 Exhibit 10 Typewritten Document          135
 9 Exhibit 11 Spreadsheet                   135
10 Exhibit 12 Estimating Airborne Benzene Excess  170
11            from Air Monitoring Data for
12            Mineral Spirits
13 Exhibit 13 Haematopoietic Cancer Mortality  172
14            Among Vehicle Mechanics
15 Exhibit 14 Material Safety Data Sheet    184
16 Exhibit 15 Occupational Exposures Associated  187
17            with Petroleum-Derived Products
18            Containing Trace Levels of
19            Benzene
20 Exhibit 16 Disclaimer                    197
21 Exhibit 17 Comparison of Near Field/Far  199
22            Field Model, and the Advanced Reach
23            Tool ART) Model V1.5: Exposure
24            Estimates to Benzene During Parts
25            Washing with Mineral Spirits
```

Page 9

```
 1         E X H I B I T S (Cont.)
 2 Number                                   Page
 3 Exhibit 18 Benzene Exposures for Risk    267
 4            Potential for Vehicle Mechanics
 5            from Gasoline and Petroleum-
 6            Derived Products by Williams
 7            and Mani
 8    (Exhibits retained by the Court Reporter
 9        and attached to the transcript)
```

Case 3:18-cv-00197-RJC-DSC   Document 226-2   Filed 04/23/20   Page 3 of 4
U.S. LEGAL SUPPORT
www.uslegalsupport.com

Page 34

1 projects that other people in the company had
2 ongoing.
3  Q.  Was it pretty much office work or were
4 you out in the field or?
5  A.  It was field and lab.
6  Q.  Okay.  In the lab, were you using any
7 solvents?
8  A.  I'm sure we did.  There were, you know,
9 again those sort of wet chemistry procedures that
10 we were following and, you know, I think it's very
11 likely that we used solvents including benzene.
12  Q.  Do you remember -- you said "benzene,"
13 okay.  When you used benzene in that particular
14 position, did you take any protective measures
15 whatsoever?
16  A.  Well, again we used laboratory hoods.
17 So, we had that available.
18  Q.  Okay.  Do you believe you were exposed
19 to benzene in that particular position?
20  A.  I'm sure I was.
21  Q.  Do you have any concern from a health
22 standpoint regarding your exposure to benzene from
23 that position?
24      MR. DUPONT:  Objection; vague.
25      THE WITNESS:  No, I don't.

Page 35

1 BY MR. CONNOR:
2  Q.  Then you go into the army, okay.
3  A.  Right.
4  Q.  Were you sent somewhere; where did you
5 serve?
6  A.  Yeah, they sent me to the officer basic
7 training which was in Fort Sam Houston, Texas.
8 After three months there, I was stationed at Fort
9 Meade, Maryland.
10  Q.  When you were stationed at Fort Meade,
11 Maryland, how long were you there?
12  A.  I was there for about three years.
13  Q.  Three years?
14  A.  Yep.
15  Q.  When you were in Fort Meade, what was
16 your assigned duty?
17  A.  Well, as I said, at that point the army
18 was starting to address, you know, the -- they had
19 issues, environmental issues as well as workplace
20 health and safety issues.  So, you know, as the
21 army is wont to do, they sort of assigned me to do
22 what they felt needed to be done, which included
23 everything from air pollution to water pollution
24 to industrial hygiene.
25  Q.  Okay.  Was that really your first

Page 36

1 exposure to industrial hygiene, as we'll call it,
2 was at Fort Meade?
3  A.  Yeah, I had taken a class or two in
4 Michigan as part of the general curriculum but it
5 wasn't my primary area of focus.
6  Q.  At Fort Meade -- I know you mentioned a
7 variety of them, but then you were there for three
8 years; is that right?
9  A.  Right, right.
10  Q.  As you advance there, or extend your
11 tenure there, was there any particular project you
12 worked on when you were -- one in particular that
13 you worked on at Fort Meade?
14  A.  Well, I had sort of dual
15 responsibilities.  One is because I did kind of
16 know my way around the lab, they made me the lab
17 director of this particular unit that I was with,
18 but I also did field work.  And the field work, as
19 I say, was everything from air pollution
20 inventories to investigating water problems to,
21 you know, sort of basic industrial hygiene.
22  Q.  Would this have been the first time you
23 had ever taken air samples, at this particular
24 position?
25  A.  Hmm, let's see.  I think so because my

Page 37

1 concentration in the field work I did in Michigan
2 was more focused on water.
3  Q.  Okay.  All right.  As the lab director
4 there at Fort Meade, was there solvent usage?
5  A.  There was.
6  Q.  Okay.  Do you know if benzene was used?
7  A.  I'm sure it was, yeah.
8  Q.  All right.  You're saying you're sure it
9 was.  I'm trying to figure out, is this something
10 you're assuming or do you actually know, Yeah, we
11 were using benzene?
12  A.  No, I know because as the kind of
13 manager of the lab, I had to sign off on ordering
14 all the chemicals, so I would have seen what we
15 were putting into our inventory.
16  Q.  Okay.  All right.  And what was the
17 usage of benzene in that laboratory?  Was it any
18 different than what you've previously described,
19 or what was done with the benzene there?
20  A.  Well, it was mainly an analytical
21 chemistry lab.  I would say it was probably used
22 for cleaning.
23  Q.  I want to make sure.  You say "probably
24 used."  Now, I know you signed off on it that it
25 was purchased.  Did you actually see it being used

Case 3:18-cv-00197-RJC-DSC   Document 226-2   Filed 04/23/20   Page 4 of 4
U.S. LEGAL SUPPORT
www.uslegalsupport.com