# EXHIBIT "M"

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

- - -

| | |
|---|---|
| BRUCE and JANICE RHYNE, h/w | : |
| Plaintiffs, | : January Term, 2016 |
| | : |
| vs. | : No.: 0228 |
| | : |
| U.S. STEEL CORP., et al. | : |
| Defendants. | : |

- - -

Thursday, July 13, 2017

- - -

Videotaped deposition of BRUCE CARLTON RHYNE, taken pursuant to Notice at the Hilton Charlotte Center City, 222 East Third Street, Walker Conference Room A, Charlotte, North Carolina 28202, beginning at 10:06 a.m., before Brigitte A. Strain, a Federally Approved Registered Professional Reporter and Notary Public.

- - -

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION
1801 Market Street - Suite 1800
Philadelphia, Pennsylvania  19103

```
 1   A P P E A R A N C E S:
 2
     LOCKS LAW FIRM, LLC
 3   BY: ANDREW J. DuPONT, ESQUIRE
     The Curtis Center, Suite 720E
 4   601 Walnut Street
     Philadelphia, Pennsylvania 19106
 5   215.893.0100
     ADuPont@lockslaw.com
 6   Representing the Plaintiffs
 7
     WALLACE & GRAHAM
 8   BY: MARK DOBY, ESQUIRE
     525 N. Main Street
 9   Salisbury, North Carolina 28144
     704.633.5244
10   Mdoby@wallacegraham.com
     Representing the Plaintiffs
11
12   BABST, CALLAND, CLEMENTS and ZOMNIR, P.C.
     BY: KATHY CONDO, ESQUIRE
13   Two Gateway Center, 9th Floor
     Pittsburgh, Pennsylvania 15222
14   412.394.5400
     KCondo@babstcalland.com
15   Representing the Defendant, Acuity
     Specialty Products Group, Inc.
16
17   COATS ROSE, P.C.
     BY: JAMES M. RILEY, JR., ESQUIRE
18   9 Greenway Plaza, Ste. 1100
     Houston, Texas 77046
19   713.653.0111
     Jriley@coatsrose.com
20   Representing the Defendant, Radiator
     Specialty Company
21
22
23
24
```

Page 4

```
 1   APPEARANCES (Continued):
 2
     JONES CARR McGOLDRICK LLP
 3   BY: J. CHEVES LIGON, ESQUIRE
     Mockingbird Station
 4   5910 N. Central Expressway
     Suite 1700
 5   Dallas, Texas 75206
     214.828.9200
 6   Cheves.Ligon@jcmfirm.com
     Representing the Defendant, Safety-Kleen
 7   Systems, Inc.
 8
     MARSHALL, DENNEHEY, WARNER, COLEMAN &
 9   GOGGIN, P.C.
     BY: NORMAN L. HAASE, ESQUIRE
10   2000 Market Street, Suite 2300
     Philadelphia, Pennsylvania 19103
11   215.575.2893
     NLHaase@mdwcg.com
12   Representing the Defendants, Savogran
     Company and The Steco Corporation
13
14   MARSHALL, DENNEHEY, WARNER, COLEMAN &
     GOGGIN, P.C.
15   BY: KIMBERLEY J. WOODIE, ESQUIRE
     620 Freedom Business Center
16   Suite 300
     King of Prussia, Pennsylvania 19406
17   610.354.8258
     Kjwoodie@mdwcg.com
18   Representing the Defendant,
     Turtle Wax, Inc., Individually
19   and Incorrectly Identified as Successor in
     Interest to Marvel Oil Company, Inc.
20   (Via Teleconference)
21
22
23
24
```

Page 3

```
 1   APPEARANCES (continued):
 2
     DELANY McBRIDE
 3   BY: NICOLE DUFFY, ESQUIRE
     1500 JFK Boulevard, Suite 415
 4   Philadelphia, Pennsylvania 19102
     888.365.2973
 5   ND@delanymcbride.com
     Representing the Defendant, Kano
 6   Laboratories, Inc.
     (Via Teleconference)
 7
 8   DICKIE, MCCAMEY & CHILCOTE, P.C.
     BY: CHRISTOPHER D. STOFKO, ESQUIRE
 9   Two PPG Place, Suite 400
     Pittsburgh, Pennsylvania 15222-5402
10   412.281.7272
     Cstofko@dmclaw.com
11   Counsel for Defendant, Exxon Mobil
     Corporation
12   (Via Teleconference)
13
     DICKIE, MCCAMEY & CHILCOTE, P.C.
14   BY: JAMES R. MILLER, ESQUIRE
     Two PPG Place, Suite 400
15   Pittsburgh, Pennsylvania 15222-5402
     412.281.7272
16   JMiller@dmclaw.com
     Counsel for Defendant, Exxon Mobil
17   Corporation
18
     FISHKIN LUCKS, LLP
19   BY: ANDREW FISHKIN, ESQUIRE
     The Legal Center
20   One Riverfront Plaza, Suite 220
     Newark, New Jersey 07102
21   973.343.4960
     AFishkin@fishkinlucks.com
22   Representing the Defendants, Ashland,
     Inc., CRC Industries, Inc., Chevron
23   U.S.A., Inc., as successor in interest in
     Gulf Oil Co.
24
```

Page 5

```
 1   APPEARANCES (continued):
 2
     THE CAIRONE LAW FIRM, PLLC
 3   BY: ANGELA HAYDEN, ESQUIRE
     38 Virginia Lane
 4   Canonsburg, Pennsylvania 15317
     412.606.5751
 5   Angela.Hayden@caironelawfirm.com
     Representing the Defendant, United States
 6   Steel Corporation
 7
     WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER,
 8   PLLC
     BY: HOWARD E. JARVIS, ESQUIRE
 9   900 Riverview Tower
     900 S. Gay Street
10   Knoxville, Tennessee 37902
     865.215.1000
11   Hjarvis@wmbac.com
     Representing the Defendant, Sunoco, Inc.
12   (R&M), Sunoco, Inc.
13
     ALSO PRESENT:
14
         Janice Rhyne
15
         DeAndrae Shivers,
16       Video Technician
17
18
19
20
21
22
23
24
```

1      INDEX
              ---
2
       TESTIMONY OF: BRUCE CARLTON RHYNE
3
         By Mr. Jarvis.................10
4
5
              ---
6      E X H I B I T S
7  EXHIBIT NUMBER   DESCRIPTION    PAGE MARKED
8  B. Rhyne 1       Affidavit       141

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

---

BRUCE CARLTON RHYNE

1       VIDEO TECHNICIAN: We're now
2  on the record. My name is DeAndrae
3  Shivers, representing Veritext.
4       The date today is July 13th,
5  2017, and the time is approximately
6  10:06 a.m.
7       This deposition is being held
8  at the Hilton Charlotte City Center,
9  located in Charlotte, North Carolina,
10 and is being taken by counsel for the
11 defense.
12      The caption in this case is
13 Bruce and Janice Rhyne versus U.S.
14 Steel Corp., et al. This case is
15 filed in the Court of Common Pleas,
16 Philadelphia County.
17      The name of the witness today
18 is Bruce Rhyne.
19      At this time the attorneys
20 present and in the room and everyone
21 attending remotely will identify
22 themselves for the record, after
23 which our court reporter, Brigitte
24 Strain, will swear in the witness.

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

---

1       DEPOSITION SUPPORT INDEX
2   INSTRUCTION NOT TO ANSWER:
3   Page Line
4   79   10
    80   9
5
6   REQUEST FOR PRODUCTION OF DOCUMENTS:
7   Page Line    Description
8   (None)
9
    STIPULATIONS:
10
    Page Line
11
    (None)
12
13  QUESTIONS MARKED:
14  Page Line
15  (None)

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

---

BRUCE CARLTON RHYNE

1       MR. DuPONT: Good morning.
2  This is Andrew DuPont for Mr. and
3  Mrs. Rhyne.
4       MR. DOBY: Mark Doby, also for
5  Mr. and Mrs. Rhyne.
6       MR. FISHKIN: Good morning.
7  Andy Fishkin, for several of the
8  defendants.
9       MR. LIGON: Good morning. I'm
10 Cheves Ligon for Safety-Kleen.
11      MR. MILLER: James R. Miller
12 on behalf of ExxonMobil Corporation.
13      MR. RILEY: Jim Riley for
14 Radiator Specialty.
15      MS. CONDO: Kathy Condo for
16 Acuity Specialty Products.
17      MR. JARVIS: Howard Jarvis for
18 Sunoco.
19      MR. HAASE: Norman Haase for
20 Savogran and Steco.
21      MS. HAYDEN: Angela Hayden,
22 United States Steel.
23      MR. JARVIS: That's everybody
24 in the room. Folks on the phone?

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

1  it would -- it would splash on me. But I --
2      Q.  Where on your body?
3      A.  Like on my -- like on my
4  chest, my face type.
5      Q.  Have you ever got -- if it
6  hits you in your face, did you ever have a
7  reaction?
8      A.  No.
9      Q.  Okay. And when it hits you in
10 your face, what was your next step?
11     A.  Wipe it off.
12     Q.  How long would you be working
13 before you were able to wipe the part off?
14     A.  Well, a lot of times it would
15 -- if I got something on my hand or my head,
16 I would immediately, you know, wipe it off.
17     Q.  Okay. Mr. Rhyne, that's all I
18 have for you. Thank you for your time.
19     A.  Thank you.
20              - - -
21          (Discussion held off the
22 record.)
23              - - -
24          VIDEO TECHNICIAN: The time is

1  1:43 p.m., we're off the record.
2              - - -
3          (Whereupon there was a recess
4  in the proceeding.)
5              - - -
6          VIDEO TECHNICIAN: The time is
7  2:06 p.m., we're back on the record.
8  BY MR. HAASE:
9      Q.  Mr. Rhyne, I'm Norman Haase,
10 I'm going to ask you a few questions. I'm
11 going to try not to ask you the same
12 questions. It may be a little inevitable.
13 Primarily, I want to ask you about Kutzit.
14         You started working at Duke in
15 1976. I know we've heard that a number of
16 times.
17     A.  Yes, sir.
18     Q.  Was that your first use of
19 Kutzit?
20     A.  No. I believe, if I can
21 remember right, I did have some Kutzit at
22 home prior to going to work for Duke Power.
23 Like cutting gaskets. I used it to cut --
24 cut gaskets back -- back in my younger days

1  when I was helping my dad. Back then, I
2  remember, when we changed gaskets on --
3  valve cover gaskets or oil pan gaskets or
4  whatever, we used an adhesive to -- to glue
5  things on. And it was -- change that stuff
6  out due to a leak or whatever. It was very
7  hard to get the dang gaskets off. And I can
8  remember using the Kutzit back then. But I
9  was -- I was -- I was real young in them
10 days. I mean, it might have been when I was
11 14, 15 time frame.
12     Q.  How many times do you think
13 you used that product before you started
14 working at Duke?
15     A.  I was -- gosh. I can't
16 remember. But I do remember using it to
17 scrape off for gaskets. I used it a lot.
18 Especially helping my dad on his -- his
19 cars. And -- and I think I also used it in
20 the shop at the -- my high school.
21     Q.  Actually, the can was about
22 the same size as that -- that Liquid Wrench
23 can there. It wasn't the same -- I don't
24 remember it being the same color, but it was

1  like a white -- white color of the can. And
2  -- but as far as how long I used it, long
3  enough to get the gasket off and then put it
4  back -- back down. Or the two gaskets.
5          And like I worked on my car --
6  my car a good bit more than I did on my
7  dad's car. But he would -- he'd like teach
8  me on his car when he would -- he would do
9  things like change oil or gaskets and stuff
10 like that.
11     Q.  Let's go through the process
12 of how you were using Kutzit on any
13 particular process. Say dealing with the
14 gaskets, how did that process start? What
15 was the first thing you did?
16     A.  Well, the first thing I'd do
17 would be get -- get the valve covers off,
18 lay them up on their ends there.
19     Q.  How long did that take?
20     A.  It might take -- sometimes it
21 might take -- just depends on how easy they
22 were to get off. But it wouldn't take maybe
23 sometimes one or two hours to take the
24 gaskets off. I mean, the covers. And

1  then --
2  **Q.** Now, was Kutzit part of that
3  process?
4  **A.** No, sir.
5  **Q.** Okay.
6  **A.** No, I used Liquid Wrench at
7  that time to soak and get the bolting off.
8  **Q.** And in terms of use, was there
9  a difference in what you used the Liquid
10  Wrench for as opposed to what you used the
11  Kutzit for?
12  **A.** Yeah.
13  **Q.** Okay. Can you tell me about
14  that?
15  **A.** I used the Kutzit on scraping
16  the gaskets off and everything. Just do it
17  -- put it on there and kind of scrape it
18  with a putty knife.
19  **Q.** How did you put it on there as
20  you were just describing, the Kutzit?
21  **A.** If I can remember right, I
22  think I -- I think I brushed it on with a
23  little small brush, if I remember. It was
24  like a --

1  **Q.** Did you put the Kutzit on the
2  brush and then put the brush around what you
3  wanted to scrape out, or did you use the can
4  somehow to put it on directly and then
5  brushed it? Do you recall?
6  **A.** I -- I remember, seems like I
7  put it on -- on a plate or something I had
8  there right beside me. And just kind of
9  brushed it on. Like a -- take a brush and
10  get it off -- off of what I just poured on
11  it and then around the gasket.
12  **Q.** Okay. And what do you recall
13  -- how long would it take you to -- how did
14  you get the Kutzit onto the plate, pour it
15  out?
16  **A.** Pour.
17  **Q.** Okay. Did it have a thin
18  little tubular type of something that was
19  the discharge point, like I can remember on
20  some Liquid Wrench cans, or did it -- did
21  you have a top that it just poured out of?
22  **A.** If I remember right, I just
23  took the top -- screwed the top off of it.
24  **Q.** Okay. So take the top off and

1  pour it into the plate and then take the
2  brush. Okay. How long did it take to pour
3  it into the plate, what are we talking?
4  **A.** Not long. Just pour it onto
5  the plate, it wasn't long at all.
6  **Q.** Okay. Then how long to dip
7  the brush in and brush it around the gasket
8  you wanted to remove?
9  **A.** Probably -- probably at least
10  -- both gaskets, it would probably take
11  30 minutes maybe, it wasn't long.
12  **Q.** 30 minutes?
13  **A.** 30 minutes on both of them,
14  I'd say.
15  **Q.** So you were dipping your brush
16  in and putting it on a gasket, and then
17  another gasket. And that took a half an
18  hour?
19  **A.** Probably, yeah. I'd dip it
20  and then do a little bit, dip it and do a
21  little bit, dip it and do a little bit, on
22  both -- on both gaskets -- or both valve
23  covers I'd have there.
24  **Q.** And this was before the

1  scraping started?
2  **A.** Yes, sir.
3  **Q.** How long did the scraping
4  take?
5  **A.** Scraping was a little bit
6  longer because they were on there, that I
7  can remember. It might -- sometimes it
8  might take me -- it might take me to get --
9  had to make sure I got it real clean because
10  I didn't want it to leak when I put it back.
11  So -- what I called getting a gasket off,
12  I'm talking not only getting the gasket off,
13  but making sure it's -- it was totally off.
14  So probably it was over an hour getting both
15  of them cleaned up.
16  **Q.** And was there any other
17  product, besides Kutzit, that you used for
18  this process, where you were using Kutzit as
19  you just described it?
20  **A.** I don't remember another
21  project -- product.
22  **Q.** Okay.
23  **A.** I know I had Liquid Wrench out
24  there, but I didn't use nothing like that to

1  scrape the gasket off.
2     Q. Did you use Kutzit while you
3  were at Duke Energy?
4     A. Yes, sir.
5     Q. But it would have been -- I
6  don't remember using it in the pipe fab shop
7  when I was working in the fab shop at all.
8  Only into the maintenance time frame of my
9  work I remember -- I remember using it.
10    Q. So when did that start? And
11 I'm sure you've been asked that question
12 before, but I'm just trying to pin it down
13 for myself.
14    A. That would -- that would have
15 started on -- into the '85 time frame and
16 further on down.
17    Q. Okay. The -- I think you
18 indicated just a few moments ago that the
19 Kutzit -- was it a can that you were --
20    A. Yes, sir.
21    Q. And the can was approximately
22 the same size as the Liquid Wrench can?
23    A. If I can remember right it
24 was.

1     Q. Give me a -- you may have one
2  understanding and I have may have another,
3  we're trying to make a record here.
4  Approximately how many inches is -- inches
5  -- what are the dimensions of the Kutzit can
6  that you were working with?
7     A. It seems like the Kutzit can
8  was a little bit wider than the -- I said
9  the -- I remember that can being about an
10 inch and a half, but it just seemed like the
11 Kutzit can might have been a little bit
12 wider than that --
13    Q. Okay.
14    A. -- in thickness, but it seemed
15 to be -- it seemed to be maybe a little bit
16 bigger than that can, but about the same
17 proportion as it.
18    Q. Since we're making a record
19 here and the jury can't see that can --
20    A. Oh.
21    Q. -- we're talking about the
22 Liquid Wrench can. You were comparing it in
23 size to a Liquid Wrench can?
24    A. Yeah.

1     Q. Okay.
2     A. Sorry about that.
3     Q. What -- what color was the
4  liquid out of the Kutzit can, if it had a
5  color?
6     A. Might have been a milky color.
7  I just -- I don't remember exactly what
8  color it was, but I remember the can -- the
9  can was like a white background on the can.
10    Q. Where did you purchase the
11 Kutzit that you were using at home?
12    A. The -- what we used at home
13 was purchased at NAPA. I mean, that was the
14 closest parts store to our house.
15    Q. Uh-huh. And what town was
16 that NAPA store in?
17    A. Stanley, North Carolina.
18    Q. Did anything -- any sort of
19 product literature come with that can, other
20 than what was written on the can itself?
21    A. No.
22    Q. Okay. Do you recall reading
23 what was on the can?
24    A. No. My -- my dad purchased --

1  purchased these -- these things. And I used
2  them. I helped him use them.
3     Q. Okay. I understand probably
4  at age 14, you were just -- whatever your
5  dad handed you is what you used; right?
6     A. Yes, sir.
7     Q. How about when you were older,
8  did you ever start reading the can?
9     A. I read labels. I probably
10 didn't get into the fine print of the
11 labels, but I do remember -- I do -- do seem
12 like I remember a crossbone on the Kutzit.
13 On the bottom of it. The same as I did on
14 Liquid Wrench. But back -- I knew not to
15 swallow it.
16    Q. I just asked you if you -- if
17 you read it.
18    A. I'm sorry.
19    Q. That's okay.
20       Now, you started using the
21 product, as best you can recall today, when
22 you were about age 14, approximately?
23    A. Yes, sir.
24    Q. And how many years did you use

1 the product?
2 A. I used it around -- around the
3 house. Probably until -- until I went to
4 work for Duke in 1976.
5 Q. Okay. When you say you used
6 it around the house, are you speaking about
7 the automobile work or --
8 A. Yes, sir.
9 Q. Okay. Do you still have any
10 of the cans from the early years, before
11 '76?
12 A. No, sir.
13 Q. Did you ever talk to anybody
14 about Kutzit?
15 A. No, sir.
16 Q. What -- where were you living
17 when you were age 14 to --
18 A. Ohio Station, North Carolina.
19 Q. Okay.
20 A. My parents still live there.
21 Q. In that very house?
22 A. In that very -- very house,
23 yeah.
24 Q. What address --

1 A. My dad don't. He's in a rest
2 home.
3 Q. What address is that?
4 A. That's the 6381 Highway --
5 East Highway 27.
6 Q. And you lived there between
7 what years?
8 A. Oh, let's see. Fourth grade,
9 whatever grade -- whatever year that was. I
10 was at that address probably since the
11 fourth grade until I was 23 years old.
12 Whatever year that was. I can't remember.
13 Q. What year were you born?
14 A. I was born in '56. 1956.
15 Q. Okay. I think we can add 23
16 from that. We'll get it figured out.
17 Did you ever wear gloves using
18 any of the Kutzit?
19 A. No.
20 Q. Did you ever wear a mask?
21 A. No, sir.
22 Q. Did you ever wear any special
23 clothing?
24 A. No.

1 Q. Did you ever get any of the
2 Kutzit on you having used a brush?
3 A. I'm sure I did on my hands,
4 but -- or on my -- I mean, my forearms here,
5 but it's only -- it wasn't the easiest thing
6 to keep off of you. But if I'd get some on
7 me, I'd wipe it off.
8 Q. I'm trying to get -- you can
9 understand since we're in a lawsuit and I've
10 got to ask questions about my client's
11 product --
12 A. I understand.
13 Q. -- I'm trying to get an idea
14 without a guess, but your best estimate of
15 the number of times you would have used
16 Kutzit until you started working at Duke
17 Energy. In fact, let's take it back to --
18 you started at Duke in 1976.
19 A. Correct.
20 Q. So let's just move it back to,
21 say, 1973, through 1973. How many times do
22 you think you used the Kutzit product?
23 A. '73 to '76.
24 Q. I'm not -- I'm not asking you

1 about after '73, I'm asking you up until --
2 through 1973, from the time you were 14.
3 A. From the year 14?
4 Q. Yeah. If that's your best
5 estimate of when you first started using it.
6 A. That's the best estimate I can
7 give you.
8 Q. Sure.
9 A. When I started working on my
10 dad's vehicle with him was 14. And we
11 wouldn't work on his vehicle every day. We
12 would work on it sometimes when he got off
13 work and sometimes on the weekend. But it
14 might not be but three, four hours we'd work
15 on it.
16 Q. Were you using the Kutzit for
17 three, four hours every time?
18 A. No.
19 Q. Okay.
20 A. No, it would be -- I wouldn't
21 use it no longer than I needed it. Just to
22 scrape gaskets off or whatever.
23 Q. And that's the time you've
24 told us about -- told me about. Okay.

1 facility beyond Watts Bar and Cook?
2    A.   No, sir.
3          - - -
4    (Whereupon the document was
5 marked, for identification purposes,
6 as B. Rhyne Exhibit Number 3.)
7          - - -
8 BY MR. FISHKIN:
9    Q.   Let me show you what we've
10 marked as Exhibit 3. Do you want to just
11 read those Bates numbers into the record,
12 please?
13       MR. DuPONT: I don't think
14    there's any Bates numbers.
15       MR. FISHKIN: I think there
16    is, isn't there?
17       MR. DuPONT: No.
18 BY MR. FISHKIN:
19    Q.   Let me take that back for a
20 second.
21    So just for identification,
22 Exhibit 3 is a cumulative occupational dose
23 history. It's pages 1 through 13 and then
24 there's an instruction page at the end.

1    So, sir, my question is: Have
2 you ever seen this document before, or this
3 collection of documents?
4    A.   No, sir.
5    Q.   You have not?
6    A.   No.
7    Q.   Okay. We're done with that.
8 Do you know what that is, by the way?
9    A.   A cumulative occupational dose
10 history.
11    Q.   Very good. Have you ever seen
12 a document like that before this morning?
13    A.   No, sir.
14    Q.   Okay. We are done with that.
15    Do you know who William Hill
16 is?
17    A.   No, sir.
18    Q.   What about Walter Deaton?
19    A.   No, sir.
20    Q.   I want to -- I have a few
21 follow-up questions concerning outages. As
22 I understand it, your work with respect to
23 outages was performed in the reactor
24 buildings; is that correct?

1    A.   Some of it.
2    Q.   Okay. Where else did you
3 perform it?
4    A.   Aux building. The auxiliary
5 building. Turbine building.
6    Q.   Did you use any products when
7 you performed maintenance on ice condensers?
8    A.   Yes, sir.
9    Q.   What products did you use --
10 or withdraw that.
11    For what did you use products
12 in performing maintenance on ice condensers?
13    A.   The ice condenser has 1,944
14 ice baskets. They're 12 inches in diameter,
15 48 foot long. The tech spec requires to be
16 a certain amount of weight of ice in those
17 baskets. So we would go in and weigh them
18 ice baskets and determine the weight. If
19 the weight wasn't enough per tech spec and
20 enough to get through the next 18 months,
21 our engineering would pick those baskets to
22 unload.
23    And we would use vibrators to
24 unload those baskets. And we would use

1 Marvel Mystery Oil to lubricate the
2 vibrators in an air header that went 300 --
3 300 degrees around the inside of the ice --
4 inside of the reactor building.
5    We also used Kroil oil to
6 break down vibrators prior to outages, to go
7 through our equipment, making sure we were
8 ready for the outage work.
9    Q.   All right. I want to switch
10 gears and talk to you about your work as a
11 maintenance mechanic at Catawba. And you
12 said earlier that that started in 1991. As
13 I understand it, it went to 1998, when you
14 became a maintenance supervisor. Is that
15 correct?
16    A.   Yeah.
17       MR. DuPONT: Objection,
18    compound, misstates testimony.
19 BY MR. FISHKIN:
20    Q.   Okay. Did you become a
21 maintenance mechanic at Catawba in 1991?
22    A.   It was around 1990, '91, '92
23 time frame. Yeah, right in there somewhere.
24    Q.   All right. Fair enough. That

1 through school?
2   A. Yes, sir.
3   Q. Did you get any looks from
4 Wake Forest or Duke or Chapel Hill?
5   A. No. I -- I wasn't that good.
6   Q. All right. Did you keep
7 playing basketball after school ended?
8   A. Yes, sir.
9   Q. All right. Did you play just
10 pick up with your friends or did you have a
11 little league or a church league or
12 something? What did you do?
13   A. I played church league and I
14 played industrial league out of Lincoln
15 County. And I played at the Y weekly.
16   Q. Okay. And when did you -- and
17 I presume you're not still playing
18 basketball?
19   A. No.
20   Q. When did you -- when did you
21 stop?
22   A. I stopped when my knees
23 started kind of giving me trouble.
24   Q. Okay.

1   A. Which was -- let's see,
2 probably in the '98, '99 time frame.
3   Q. Okay.
4   A. I did coach basketball also.
5   Q. Sure. Do you miss playing
6 ball?
7   A. I miss it big time.
8   Q. All right. Are you okay?
9   A. I'm good.
10   Q. All right. So you also told
11 us that you worked at Setzer's Oldsmobile
12 and Pontiac; correct?
13   A. Yes, sir. Buick. Buick. It
14 wasn't Oldsmobile, it was Buick and Pontiac.
15   Q. Buick and Pontiac, okay.
16 I'm a little unclear about
17 this one. What was the address to Setzer's,
18 do you recall? Or even just a road.
19   A. I'm thinking Aspen Street.
20 It's no longer a Setzer's.
21   Q. Okay. That was my next
22 question. What is it?
23   A. Well, I'm not sure what it is
24 now, but it's not -- let me think about it,

1 it will come to me. But it's not -- it's
2 not Setzer's any -- any longer.
3   Q. Okay.
4   A. The guy that owned Setzer's
5 has passed away.
6   Q. All right. If you can think
7 of the name of it at any point, just let me
8 know. All right?
9   A. Okay.
10   Q. And my understanding is, you
11 were there while you were in high school?
12   A. Yes, sir.
13   Q. Is that both junior and senior
14 year or just one of them, one of the two?
15   A. I can recall it was like
16 junior and senior year.
17   Q. Okay. And how often were you
18 there? Like once a week, twice a week?
19   A. I believe it's once a week,
20 and instead of going to our normal class
21 that we had in the evenings, we would go
22 straight up to the shop.
23   Q. Okay. So --
24   A. At Buick. At the Buick

1 dealership.
2   Q. Okay. So that means one day a
3 week you weren't at school, you were over at
4 Setzer's.
5   A. One day a week I was at school
6 -- I mean, I was at school, but the time
7 period for my shop work was at Setzer's.
8   Q. Okay. So it was just once a
9 week and that was during the school day
10 period?
11   A. Yes, sir.
12   Q. All right. And you -- how
13 long were you there, on average, at
14 Setzer's?
15   A. Probably three to four hours.
16   Q. Okay. Is it fair to say that
17 you were -- you were there to basically be
18 an intern, like you were watching what these
19 older guys, mechanics, were doing to learn.
20 Is that fair?
21   A. I was learning -- in the
22 learning process. But it was a lot of
23 cleaning and we could -- we could add to the
24 mechanic every day by doing his prep work.

BRUCE CARLTON RHYNE

Page 658

1 same process for removing gaskets in class
2 using Kutzit that you discussed previously
3 with Mr. Haase about your personal use?
4     A.   Yes, ma'am.
5     Q.   Okay. So that was the same
6 thing with using a paintbrush to put the
7 product on?
8     A.   And -- yeah, and then gasket
9 scraper.
10     Q.   Okay. Did you ever wear any
11 gloves when doing that work when you were in
12 class?
13     A.   I'm just not sure all the
14 time, but we did have gloves available. And
15 I just -- I'm not sure that all of the time
16 I had a pair of gloves on.
17     Q.   Okay. Can you estimate -- you
18 testified earlier today that you were in
19 this class during your junior and senior
20 years. Can you estimate for me how often
21 you personally removed a gasket in class
22 during your junior year?
23     A.   I -- I can't remember. It
24 would be a guess if I told you anything.
BRUCE CARLTON RHYNE

Page 659

1     Q.   And I don't want you to guess.
2 How about your senior year, do you have any
3 recollection of how many you may have
4 personally removed during class time in your
5 senior year?
6         MR. DuPONT: Objection, vague.
7         THE WITNESS: No, ma'am.
8 BY MS. BUSCH:
9     Q.   Okay. What percentage of
10 time, when you removed gaskets during class,
11 did you actually have to use Kutzit?
12     A.   Well, every -- every time that
13 we took gaskets off, we used it. So any
14 time we was working on gaskets, we would
15 have used a Kutzit to use that. We had it
16 available. And it wasn't -- didn't make any
17 sense not using something that helped us get
18 the gasket off.
19     Q.   Do you recall ever getting
20 Kutzit on your skin when you used it during
21 class?
22     A.   I don't recall getting any
23 kind of burning sensation from using it.
24 But the way we had to take the stuff off and

BRUCE CARLTON RHYNE

Page 660

1 use Scotch Brite pads, we would have got
2 some of the chemical on our hand. Even
3 though we had a pair of gloves on, it might
4 be above the glove, in a watch area.
5     Q.   Okay. Do you know if you were
6 able to use a rag to wipe that off while you
7 were actually doing your work?
8         MR. DuPONT: Objection, vague.
9         THE WITNESS: We had rags with
10 us, yes.
11 BY MS. BUSCH:
12     Q.   Okay. I want to ask you some
13 questions about Setzer because you testified
14 just today about using Kutzit at that
15 facility as well.
16         During the school year, what
17 percentage of time did you spend removing
18 gaskets at Setzer versus doing other kinds
19 of work, cleaning parts and whatever else
20 you did with the mechanics?
21     A.   We had about a three or four
22 hour class -- or time that we worked up
23 there with the mechanic. And the majority
24 of that time was cleaning gaskets and parts

BRUCE CARLTON RHYNE

Page 661

1 using the parts washer. So if you're
2 looking at percentage time, in a four hour
3 day, three hours of that -- two and a half,
4 three hours of that would have been working
5 on gaskets or either cleaning bolting.
6     Q.   Okay. So would you be
7 removing gaskets every -- every day that you
8 went to Setzer's?
9     A.   I didn't go every day.
10     Q.   No. No. Every time that you
11 did go, the one time a week that you would
12 go during the school year, would you be
13 removing gaskets every one of those times?
14     A.   It may not be the same kind of
15 gaskets, but it would be gaskets or parts or
16 bolting, or just any kind of part that fit
17 into the -- the sink of the Safety-Kleen.
18 The gaskets, if I go up there one week and I
19 might have a full day of them gaskets. The
20 next week I went up there, it'd be cleaning
21 bolting or carburetors or stuff like that.
22     Q.   Okay. When you would remove
23 gaskets at Setzer, how much of that time
24 would you use Kutzit?

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

33 (Pages 658 to 661)
Case 3:18-cv-00197-RJC-DSC Document 234-2 Filed 04/28/20 Page 11 of 12

1 MR. DuPONT: Objection, vague.
2 THE WITNESS: Probably an
3 hour.
4 BY MS. BUSCH:
5 Q. Okay. Would you wear gloves
6 when you were working at Setzer's with the
7 gaskets -- strike that.
8 Would you wear gloves when you
9 used the Kutzit at Setzer's?
10 A. Would I use gloves when I
11 removed gaskets? Yes.
12 Q. Yes.
13 A. Yes, ma'am.
14 Q. Okay. Did you use any kind of
15 respiratory protection when you were working
16 with gaskets at Setzer's?
17 A. No.
18 Q. Okay. Did the container for
19 the Kutzit that you used at Setzer different
20 -- differ at all from the ones that you
21 recall using for your own personal motor
22 vehicle work, whether it be your car or your
23 dad's car?
24 A. No, ma'am.

1 Q. Okay. Did the product itself
2 that you used at Setzer, the stuff that came
3 out of the can, differ at all at Setzer from
4 the Kutzit that you recalled using when
5 doing your own personal motor vehicle work?
6 A. No, ma'am.
7 MR. DuPONT: Bruce, are you
8 all right?
9 THE WITNESS: I'm just in
10 pain. I'm all right. I'm good.
11 BY MS. BUSCH:
12 Q. Did you use the Kutzit at
13 Setzer's the same way you previously
14 discussed doing it to do your own personal
15 motor vehicle work?
16 A. Yes, ma'am.
17 Q. Okay. So you used the brush
18 again for that?
19 A. Yes.
20 Q. Okay. When you were at
21 Setzer, did you ever personally order any
22 Kutzit?
23 A. No, ma'am.
24 Q. Okay. Was there a supervisor

1 or someone -- head mechanic or someone at
2 Setzer's who instructed you to use Kutzit to
3 remove gaskets?
4 A. Yes. There were like master
5 mechanics.
6 Q. Okay. Do you recall the names
7 of any of those folks?
8 A. Dale -- I can't recall his
9 last name, but I know the normal mechanic
10 that I worked with was -- first name was
11 Dale. I just can't recall his last name.
12 Q. Okay. Do you know if he's
13 still living?
14 A. No, ma'am. I don't know.
15 Q. Do you know where he lived
16 back when you worked with him?
17 A. I lived in Lincolnton. He
18 also had a '55 Chevrolet. I enjoyed working
19 with him. His was a lot nicer than mine.
20 A. When you were at Setzer, were
21 you removing the same type of gaskets that
22 you talked about in your own cars; the valve
23 cover gaskets, the transmission gaskets?
24 A. Yes, ma'am.

1 Q. Okay.
2 A. A lot of times when I was
3 working on my -- my vehicles, probably a lot
4 of times I didn't really need to do the
5 work. But it was just -- I picked up -- I
6 learned from these people, and I just wanted
7 to take some of that information I learned
8 and -- and apply it to my vehicle, or my
9 dad's.
10 Q. Sure. You also told us that
11 you used Kutzit at Duke, not when you were
12 at the pipe shop, but while you were doing
13 maintenance work after '85. Do you recall
14 when after '85 you first used Kutzit at
15 Duke?
16 A. I -- I can't recall the exact
17 time.
18 Q. Okay. Do you recall when you
19 last used it at Duke?
20 A. No, ma'am.
21 Q. What did you use Kutzit for --
22 A. It would have been before '98.
23 Q. I'm sorry, what did you say?
24 A. It would have been before '98.