UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00197-RJC-DSC

| | |
|---|---|
| BRUCE RHYNE and JANICE RHYNE, ) ) Plaintiffs, ) ) v. ) ) UNITED STATES STEEL ) CORPORATION, SAFETY-KLEEN ) SYSTEMS, INC., and THE SAVOGRAN ) COMPANY, ) ) Defendants. ) | ORDER |

**THIS MATTER** comes before the Court *sua sponte*. The trial of this matter is scheduled to begin on September 14, 2020. Pursuant to the Court's scheduling order, the parties' final witness lists must be filed on or before August 17, 2020. (Doc. No. 159, at 6.)

The Court hereby **ORDERS** that the parties' final witness lists shall specifically identify the witnesses who intend to testify remotely. It is further **ORDERED** that if a party intends for any witness to testify remotely, the party's final witness list shall contain an affirmation that counsel has conferred with court personnel regarding the technology systems to be used to offer remote testimony.

Signed: August 11, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge