MEHLMAN, MYRON A. PLF COUNTER Designations

US Steel Deposition Designation Mehlman

U.S. Steel's Designations Appear in Green

Plaintiffs' Counter-Designations Appear in Yellow

$O$ = Overruled

$S$ = Sustained

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

```
01      IN THE CIRCUIT COURT

02      THIRD JUDICIAL CIRCUIT

03      MADISON COUNTY, ILLINOIS

04

05   RONALD E. AWALT, and      *

06           RY AWALT       *

07      *

08              .    * No. 02-L-956

09      * (BENZENE) *

10   ALLIED SIGNAL CORPORATION,* ET AL      *

11      * * * * * * * * * * * * * * * * * * * * * * * *

12

13      ORAL AND VIDEOTAPED DEPOSITION OF

14      MYRON A. MEHLMAN, Ph.D.

15      December 11, 2003

16

17      * * * * * * * * * * * * * * * * * * * * * * * *

18      Oral and Videotaped Deposition of MYRON A. MEHLMAN,

19      Ph.D., produced as a witness at the instance of the

20      Plaintiffs, and duly sworn, was taken in the

21   above-styled and numbered cause on the 11th day of

22      December 2003, from 10:36 to 12:47 p.m., before Tonya

23      Jackson, CSR, RPR, in and for the State of Texas,

24      reported by machine shorthand, at. Moody Gardens, 7 Hope

25      Boulevard, Galveston, Texas, pursuant to the Illinois

26   Rules of Civil Procedure and the provisions stated on

27      the record or attached hereto.
```

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

01      INDEX

02

03      Page

04   Appearances          3

05      Stipulations          4

06   MYRON A. MEHLMAN, Ph.D.

07      Examination by Mr. Hobson     4

08   amination by Mr. Lynn

09      Examination by Mr. Miller     46

10   examination by Mr. Hobson     76

11      Reexamination by Mr. Lynn     80

12   examination by Mr. Miller     86

13

14      Changes and Signature Page ......     91

15      Reporter's Certificate     .......     .     93

16

17      EXHIBITS

18   NUMBER      DESCRIPTION     PAGE IDENTIFIED

19      1     Deposition Notice     53

20      3     Attachment II     6

21      5     Memo regarding benzene levels 10/18/77     30

22      7     Memo from Lester Levin 8/18/77     87

23

24

25

26

27

28

Transcript of Mehlman, Myron

# Mehlman, Myron

## Rhyne Trial Master

```
01      Appearances:
02
03          R THE PLAINTIFFS:
04
05          . Herschel L. Hobson
06      SBOT No. 09744600
07              w Offices of Herschel L. Hobson
08      2190 Harrison Street
09  aumont, Texas 77701
10
11      FOR RADIATOR SPECIALTY COMPANY:
12      Mr. Lawrence A. Lynn SBOT No. 12738250
13      Coats Rose
14          0 First City Tower
15      1001 Fannin
16  uston, Texas 77002
17
18      FOR UNITED STATES STEEL and AMOCO:
19      Mr. Adam E. Miller
20  sch & Eppenberger
21      190 Carondelet Plaza, Suite 600 St. Louis, Missouri 63105
22
23      VIDEOTAPED BY:
24      Ms. Warriene Flatt Legal Images
25
26
27
28
29
30
31
32
```

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

01      PROCEEDING S:

02      (EXHIBITS 1 THROUGH 4 MARKED)

03      THE VIDEOGRAPHER: We're on the record at

04      10:36 a.m.

05      (WITNESS SWORN)

06      THE REPORTER: State your agreement for

07      the record.

08      MR. HOBSON: Take it pursuant -- this

09  will be the Illinois Rules of Civil Procedure.

10      MYRON A. MEHLMAN, Ph.D.,

11  having been first duly sworn, testified as follows:

12      EXAMINATION

13      BY MR. HOBSON:

14      Q.      Would you introduce yourself, please, sir.

15      A.      My name is Myron A. Mehlman, M-E-H-L-M-A-N.

16      Q.      And it's Dr. Mehlman, I believe.

17      A.      Yes.

18      Q. And you have a -- what degree for the

19  doctorate?

20      A.      I have a Ph.D. degree from Massachusetts

21      Institute of Technology.

22      Q.      Dr. Mehlman, you and your wife have two

23      homes -- one in Princeton, New Jersey, and one here in

24      Galveston, Texas -- correct?

25      A.      Yes.

01    Q.    And we're here in Galveston to take your
02    deposition today.
03    A.    Yes.
04    Q.    It's my knowledge that you used to work for
05    Mobil; is that right?
06    A.    Yes.
07    Q.    Would you give us the years of your employment
08    with Mobil, please.
09    A.    From 1977 through 1969, I was director of
10    toxicology and environmental health. Then I became
11    director of toxicology and environmental health,
12    sciences laboratory manager, both
13    toxicology/laboratory.
14    Q.    When you were working with Mobil, did you have
15    occasion to deal with the topic of benzene?
16    A.    Yes. I was pretty much responsible for
17    measuring benzene exposure with Mobil employees and its
18    affiliates as well as identify the content of benzene
19    in various Mobil products –
20    Q.    All right.
21    A.    -- and products that were used by Mobil.
22    Q.    And during your stint with Mobil, did you have
23    occasion, then, to receive and send correspondence
24    within the corporation?
25    A.    Yes.

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

01    Q.    Doctor, I've got some documents that we've
02  marked as attachments to your deposition. They are
03    Exhibits 2, 3, and 4. Could I ask you to take those
04    sequentially, tell us what each one of them is? Let's
05    start with Exhibit No. 2, please.
06    A.    Exhibit 2 is a memo to Paul Carl, with copies
07  to number of individuals in the laboratory and in
08    Beaumont refinery and myself as well as to William
09    Selfridge, who was in charge of employee relationship
10    for Mobil Oil Corporation. This exhibit describes -
11    this is a memo from Hergrueter, and it refers to a memo
12    from T.W. Gregg to me of October 6th -- this is 1977 -
13  where we requested that Liquid Wrench be analyzed for
14    the content of benzene as well as all other Mobil
15    products.
16    Q.    All right, sir. And in this Exhibit 2 does it
17    indicate that you would have received a copy of this at
18    the time?
19    A.    I did receive a copy of this at that time.
20    Q.    All right, sir. Can you tell us -- identify
21  Exhibit 3, please.
22    A.    Exhibit 3 is analysis of Liquid Wrench,
23    showing that it contains 30 percent of benzene.
24    Q.    All right, sir. And Exhibit 4?
25    A.    This is a memo concerning Liquid Wrench

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01   benzene content, showing the concentration of benzene
02       in Liquid Wrench by J.L. Wescoat.
03       Q.    And the date on that memo, please?
04       A.    October 12, 1977.
05       Q.    And the date on Exhibit 3 was what, sir?
06       A.    10/5/77.
07       Q.    When you left Mobil's employ, did you take
08       some documents that had been in your files at Mobil
09   with you or copies of them?
10       A.    Yes.
11       Q.    Can you tell me whether or not these documents
12       that are marked as Exhibits 2, 3, and 4, were those
13       documents -
14       A.    Yes.
15       Q.    -- part of them?
16       So, let me ask you if Exhibits 2, 3, and 4
17   have been continuously in your possession since you
18   worked for Mobil?
19       A.    Since 1977.
20       Q. And is there any reason for you to think that
21       these are not true and correct copies of the originals?
22       MR. MILLER: Object to the form.
23       A.    They're absolutely true and correct copies of
24       original documents.
25       Q.    (BY MR. HOBSON) Is there any reason for you,
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

01   Dr. Mehlman, to question the authenticity of these

02   documents?

03     A.    No. They were authentic because I was at the

04     meeting where the subject matter was discussed, a

05   number of meetings.

06     MR. HOBSON: I pass the witness.

07     MR. MILLER: Why don't you go.

08     EXAMINATION

09   BY MR. LYNN:

10     Q.    Dr. Mehlman, my name is Lawrence Lynn. I'm

11   here representing Radiator Specialty Company. I have

12     some questions for you.

13     Can you tell us what the purpose was for

14     Mobil's testing of Liquid Wrench?

15     A.    When Occupational Safety & Health

16   Administration initiate emergency temporary standard of

17     1 part per million T.W.A., now known as T.L.V., it was

18   my responsibility to identify exposure levels of Mobil

19     employees in all the facilities as well as to identify

20     the concentration of benzene in all Mobil products as

21   well as any of the products that Mobil used. We have

22   done so on hundreds and hundreds of products, including

23     Liquid Wrench.

24     Q.    In the course of making the determination as

25     to what benzene content, if any, may have been in these

**Transcript of Mehlman, Myron**

01  products, what was the procedure that was going to be

02  used?

03  A.    We used Mobil technical services analytical

04  laboratory since my facility was not yet set up and

05  they conducted comprehensive gas chromatographic

06  analysis on all products to identify -- and they have

07  identified for us, means for toxicology and medical

08  department -- the concentration of benzene products

09  and, in fact, I recommended because of high

10  concentration of benzene that use of Liquid Wrench be

11  discontinued and apparently it appears in the memo.

12  So -

13  Q.    Okay. Are you done with that answer?

14  A.    Yes.

15  MR. LYNN: Object to the nonresponsive

16  portion.

17  A.    I'm sorry. I didn't quite, then, understand

18  your question. What's the purpose? I thought I

19  explained.

20  Q.    (BY MR. LYNN) Okay. Well, you talked about

21  the purpose earlier; and then we were talking about the

22  procedure.

23  A.    Procedure was use of our analytical

24  facility -- sophisticated, entirely competent

25  analytical facility that can accurately determine

**Transcript of Mehlman, Myron**

01  benzene concentration in petroleum product or any other

02  product.

03  Q.   Where was the facility located that was going

04  to do this testing?

05  A.   In Paulsboro.

06  Q.   Before I get to the Paulsboro testing, was

07  there any discussion of making inquiries with the

08  manufacturers of any products to see if they had done

09  any testing to find out if there was any benzene or the

10  concentration of any benzene in products being used by

11  Mobil?

12  A.   Not that I recall. Besides, that wouldn't

13  have been my responsibility to go to manufacturers and

14  inquire.

15  Q.   The Paulsboro lab, is that in New Jersey?

16  A.   In New Jersey where -- within the Paulsboro

17  refinery.

18  Q.   Did you personally take part in any of the

19  testing   with any of these products?

20  A.   No. I asked that they be tested.

21  Q.   Can you describe for us your background and

22  qualifications with respect to testing procedures?

23  A.   Training, I had some analytical chemistry,

24  organic   chemistry, number of what -- physical

25  chemistry. I had a group of industrial hygienists that

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01    reported to me for a while, for about a year; and we

02    had some equipment later on in the laboratory that we

03        could do our own testing that was around 1980s. I was

04        sufficiently briefed at that time about methodology and

05    procedures that were used in analyze various

06    hydrocarbon components.

07        Q.    Do you have any type of certifications or

08    degrees in testing?

09        A.    No, I do not. I had individuals who worked

10    for me that had certification in various type of

11    testing.

12        Q.    To break it down to layperson terminology, I

13    guess, do you have the qualifications to determine

14    whether or not the technicians in the lab are

15    performing tests properly?

16        A.    Absolutely.

17        Q.    And what is the basis for that?

18        A.    I use a positive control and a negative

19    control, and we know a percent of recoveries. The

20    reason we went inside, because the testing in outside

21    laboratories was inadequate.

22        Q.    Tell me what you mean by outside laboratories

23    being inaccurate.

24        A.    Contract laboratories. When samples sent to

25    contract laboratories, I got variability in results,

US Steel
Deposition
Designation Mehlman

Transcript of **Mehlman, Myron**

Case 3:18-cv-00197-RJC-DSC   Document 298-1   Filed 09/02/20   Page 12 of 91
Case 3:18-cv-00197-RJC-DSC   Document 407   Filed 09/15/20   Page 12 of 91

```
01      including of spike samples. So, immediately terminate
02    using of contract laboratories and went in-house where
03      results were reproducible. High recovery of samples
04      that we spiked, usually 95 to 99 percent or 101
05      percent; and blanks came out blank.
06      Q.    Now, for a particular test, a particular
07      individual test, how do you make a determination as to
08    whether or not that particular test was accurate?
09      A.    I rely on the quality of testing of Mobil
10      analytical laboratory, which was excellent. They had
11    many years of experience, and results that we got back
12      on thousands of samples were accurate.
13      Q.    Would you expect results received from that
14      laboratory to be reproducible?
15      A.    I would expect it, yes.
16      Q.    Are there any protocols that exist for the
17    type of testing that was being done by Mobil with
18      respect to benzene?
19      A.    There are protocols because Mobil routinely
20      tested for petroleum hydrocarbon, which would
21      include -- hydrocarbons, which would include benzene.
22      Q.    And what are those testing protocols?
23      A.    You need to ask the analytical laboratory.
24    They have them.
25      Q.    So, you are not personally aware of what the
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01    protocols are?
02       A.    I have seen them, but I don't remember. I
03    didn't make any effort to memorize something that
04    transpired 26 years ago.
05       Q.    Would there be document -- let me withdraw
06    that question.
07    Should there be documentation as to the
08    protocol being utilized for a particular test so that
09    20 years later you can determine whether or not the
10    test was properly done?
11       A.    The procedure and protocol should exist.
12       Q.    In what form should they exist?
13       A.    I don't know. You need to find out what form
14    was -- they exist now.
15       Q.    When you received test results from this Mobil
16    testing program for benzene, did you at that time
17    review any of the protocols and compare them with the
18    tests to determine whether or not the tests were done
19    properly?
20       A.    I did not. I had other people do it for me.
21       Q.    Who would be the other people at Mobil who
22    would have been doing those checks?
23       A.    The analytical chemists, the quality control.
24    We also have quality assurance program. When needed, I
25    requested that that be checked.
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

Page 14

01    Q.    Can you provide us with the names of any of
02 the individuals who would have been checking the
03    testing done with respect to this Liquid Wrench test
04    that the documents reflect?
05    A.    The names is on the memo. You can ask any of
06    the analytical chemists.
07    Q.    When was the last time you spoke with any of
08 the people whose names are on that memo?
09    A.    About 14 years ago -- 15 or 16 years ago,
10 maybe longer.
11    Q.    Do you recall ever discussing the particulars
12 of this test with any of the gentlemen reflected on the
13 memos?
14    A.    The only thing I recall is that we had
15 discussed that the concentration of benzene was high -
16 unusually high to be used without protective equipment;
17 and it was recommended that the product be discontinued
18    in the memo, as stated. So .
19    Q.    Was there any discussion of verifying the test
20    to determine whether or not it was an accurate figure?
21    A.    I am certain that the levels were accurate.
22 But did I discuss it? No.
23    Q.    Why are you certain that the levels are
24 accurate?
25    A.    Because they haven't made any mistakes and --

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

Case 3:18-cv-00197-RJC-DSC  Document 407  Filed 09/15/20  Page 15 of 91

01    on analysis for benzene, and they had a lot of

02      experience. They analyzed thousands of samples.

03      Q.    Well, if you haven't checked the particulars

04  of the test or reproduced the test, then how do you

05  know mistakes haven't been made?

06      A.    The quality of work was very high.

07      Q.    You're assuming because of the general

08  reputation and experience with the quality of the

09  laboratory's work, that each individual test done by

10      the laboratory was accurate; is that correct?

11      A.    I had no reason to question this analysis.

12  However, I did look, as I pointed out, at thousands of

13  samples that the laboratory did for me -- they did

14  thousands of their own samples -- and I find them to be

15  within range and acceptable and some of the samples we

16      split in two. I had my industrial hygiene split, and

17      the results came out very close together. So, I was

18      satisfied that the quality is very high.

19      Q.    Was that done with any of the tests on Liquid

20  Wrench?

21      A.    I don't know. I don't know that.

22      Q.    Were any tests done of Liquid Wrench in the

23  labs at Beaumont?

24      A.    I specifically don't recall if they did. They

25      may, but I don't recall that.

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

```
01    Q.    Okay. Do you know whether the testing done on
02  Liquid Wrench was a qualitative or a quantitative test?
03    A.    All tests were quantitative.
04    4.    For a quantitative test, would you generally
05    expect that if a substance is tested, the results will
06  show all of the components in the sample?
07    A.    Depends what you're looking for. You can
08    show -- you can measure all the components, or you can
09  only measure one component and report one component.
10    Q.    Do you know why the other components of Liquid
11  Wrench were not reported in this instance?
12    A.    We only were interested in benzene
13    concentration because we're required by law -- in
14    nineteen -- I believe it was '77 emergency temporary
15    standard -- to determine the concentration of benzene
16  in all our products, especially petroleum hydrocarbon
17    products.
18    Q.    The time period when this test would have been
19  done, do you know how the results would have been
20    reported to the testing people?
21    A.    I thought testing people report the results to
22    someone else.
23    Q.    Probably wasn't a good question. Let me back
24    up a little bit.
25    I want to talk a little bit step by step as to
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

```
01   how this testing would have been done, if you know at
02   all. Do you know how the sample would have been
03   obtained?
04       A.    No, I do not; and if I did at that time, I
05   wouldn't recall.
06       0.    Do you know whether generally accepted
07   scientific practices generally require that data be
08   maintained as to a sample -- where it came from,
09   information about that sample -- if a test is going to
10   be utilized for a scientific purpose?
11       A.    We followed that practice on our benzene
12   samples. We had a good recordkeeping procedure and
13   documentation.
14       Q.    So, do you believe that Mobil should have had
15   a record as to where the sample of Liquid Wrench was
16   obtained from?
17       A.    They should -- they should, but you need to
18   ask the person who obtained the sample. I don't
19   remember who did that.
20       Q.    Do you know what particular formulation or
21   variation of Liquid Wrench was utilized for this test?
22       A.    No. Apparently it had to be some -- from
23   petroleum products because the benzene concentration
24   was very high. Well, coal -- petroleum or a coal tar
25   pitch, something -- not tar pitch -- coal distillation
```

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

```
01    products. It was -- it was much too high to have come
02      from source like naphtha -- most naphtha is
03      substantially lower -- or kerosenes.
04    MR. LYNN: Object to the
05    nonresponsiveness.
06      Q.    (BY MR. LYNN) Were you aware that Liquid
07    Wrench came in different formulations?
08      MR. HOBSON: Objection, form.
09      A.    To some extent, yes, there were different
10    formulations.
11      Q.    (BY MR. LYNN) Do you know which one was used
12    for this test?
13      A.    No, I do not.
14      Q. Do you know what the chain of custody was
15    for -
16      A.    No -
17      Q.    -- the sample?
18      A.    -- I do not.
19      Q.    This chain of custody is something that should
20    be reported in doing a proper scientific test?
21      A.    I used chain of custody. I don't know if it
22    should or shouldn't be at that time period; but
23    whenever I have my people gather the sample, we have
24    chain of custody and good records.
25      Q.    Have you seen any records indicating the chain
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01  custody for this Liquid Wrench sample?

02      A.    I wouldn't even -- if I had seen it, I

03      wouldn't recall it.

04      Q.    If there were documentation regarding where

05      the sample was obtained in the chain of custody, where

06  would that be kept?

07      A.    Oh, I don't know -- I have no idea where these

08  documents now would be kept.

09      Q. At the time when you were there, was there a

10  place where they were supposed to be kept?

11      A.    Yes. We had the records and we transmitted

12  the records usually to the analytical laboratory or we

13      would have kept in our files.

14      Q.    Okay,

15      A.    We also would show these records to the

16      laboratory so they'll know -- so they can trace where

17      the sample has been, who handle it, and so on.

18      Q.    Where precisely would the records be kept?

19      A.    You would have to ask Mobil. I don't know

20  where they would be kept. They were kept in filing

21      cabinets when I was there. I don't know now where they

22      would be kept.

23      Q.    Where were those filing cabinets located while

24      you were there?

25      A.    '77, that would have been on 42nd Street in

MEHLMAN,              US Steel
MYRON A. PLF          Deposition
COUNTER               Designation Mehlman
Designations

**Transcript of Mehlman, Myron**

```
01    New York City. In 1977 that's what -- in medical
02        department.
03        Q.    That would be at the Mobil headquarters in
04    New York?
05        A.    That's right, forty-two forty -- I don't
06    remember exactly the number anymore.
07        Q. Have you seen any documentation as to whether
08    or not there was any possibility of the sample being
09    contaminated prior to testing?
10        A.    I haven't seen any.
11        Q. Do you know whether any determination was made
12    as to whether or not the sample that was tested was a
13    typical sample of any formulation of Liquid Wrench?
14        A.    I don't recall that.
15        Q.    Okay. Do you know what testing equipment was
16    used to perform the test?
17        A.    I don't recall this now. Usually gas
18            38    chromatographs.
19        Q.    Did the gas chromatograph need to be
20    calibrated prior to testing?
21        A.    It should be, yes.
22        Q.    Do you know what calibration was done of any
23    particular equipment used to test this particular
24    sample?
25        A.    Since I didn't do any of that work, you need
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

Case 3:18-cv-00197-RJC-DSC  Document 298-1  Filed 09/02/20  Page 21 of 91
Case 3:18-cv-00197-RJC-DSC  Document 407  Filed 09/15/20  Page 21 of 91

Page 21

01  to ask the analytical chemist that did the work.

02  Q.  But you have no personal knowledge of any

03  calibration that was done of the equipment, do you?

04  A.  I don't recall anything specific.

05  Q.  So, you can't testify under oath that the

06  machine was properly calibrated at the time of testing,

07  can you?

08  A.  All I can testify is that these are authentic

09  documents. We measured that along with hundreds of

10  other products. That's all I can say. And I have seen

11  them.

12  MR. LYNN: Object to the responsiveness.

**403, cumulative**

13  Q.  (BY MR_ LYNN) Can you testify under oath that

14  the equipment used to test the Liquid Wrench sample was

15  properly calibrated prior to testing, from your

16  personal knowledge?

17  A.  I already answered that. No, I cannot.

18  Q.  What would be the proper procedure for

19  calibrating the gas chromatograph?

20  A.  I think you need to ask the analytical

21  chemists.

**403, cumulative incomplete question**

22  Q.  So, you have no personal knowledge sitting

23  here today -

24  A.  I do have -- excuse me. I didn't say that.

25  You need to ask; and if I do, I don't recall. It's

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

403,
cumulative
waste of time
no question
asked

```
01  been over 26 years since I used any of the equipment or
02  been instructed or familiarize myself with that
03  equipment. You ask me questions that are not in my
04  domain.
05     Q.    And that's all we're trying to establish,
06  Doctor, is what you know sitting here today and what
07  you don't know.
08     A.    I answered that several times, what I know and
09  what I don't know.
10     Q.    Do you know whether there are any alternative
11  types of equipment that can be used to measure benzene
12  content in a sample of a product such as Liquid Wrench
13  other than a gas chromatograph?
14     A.    There are alternatives. I don't recall what
15  they are.
16     Q.    Do you know what the relative advantages or
17  disadvantages are of a gas chromatograph as opposed to
18  a different type of equipment that might be used for
19  the test?
20     A.    A gas chromatograph is more precise. You can
21  get a more accurate analysis. Can use -- you can also
22  get at the same time many other components if you
23  choose so.
24     Q.    Are there issues, when using a gas
25  chromatograph, as to a differentiation between benzene
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01    and cyclohexane?

02        A.    I wouldn't recall. I know cyclohexane was

03    analyzed also in some products, but the issue isn't -

04    well, there may be time of retention; but I don't

05    recall at this time.

06        Q.    Are you aware of whether or not there was any

07    analysis done to determine whether or not it was

08    benzene or cyclohexane that was being detected in the

09    test that's reflected in the documents you've brought

10    us here today?

11        A.    I don't think that was an issue. The analysts

12    were -- they knew what they were doing. They had been

13    doing it for many decades, and they're highly

14    professional and experienced chemists that did the

15    analysis.

16    MR. LYNN: Object to the responsiveness.

17        Q.    (BY MR. LYNN) Are you aware at all of any

18    issues that can arise when doing a test with a gas

19    chromatograph as to difficulties in distinguishing

20    between cyclohexane and benzene?

21        A.    I don't recall at this point.

22        Q.    Do you recall ever having any discussions with

23    anyone at Mobil or the labs about confirming whether or

24    not what was being reported as benzene was a benzene

25    result as opposed to cyclohexane?

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

01    A.    There was always a standard that's run that

02    could compare the specific substance to the one that's

03    being analyzed. I do recall that.

04    Q.    Do you recall any questions at all regarding

05    cyclohexane in regard to this test?

06    A.    I don't recall that.

07    0.    Do you know whether any additional tests are

08    needed to segregate cyclohexane and benzene results

09    when using a gas chromatograph?

10    A.    I don't recall that.

11    Q.    If any additional tests were done, would you

12    expect    that there would be documentation of those

13    tests?

14    A.    I would expect that there would be.

15    Q.    As of the time that you were at Mobil in 1977,

16    where would those documents be kept?

17    A.    Would be in a -- at -- in the files of the

18    analytical laboratory.

19    Q.    Do you know what the retention policies were

20    with respect to documents at either Mobil's

21    headquarters or the analytical lab for keeping

22    documents for this type of testing?

23    A.    I -- the retention policy, if I recall

24    correctly, was to keep -- at least the toxicological

25    documents that I can speak to, were to keep them for a


MEHLMAN,          US Steel
MYRON A. PLF      Deposition
COUNTER           Designation Mehlman
Designations

**Transcript of Mehlman, Myron**

01    very, very long time.

02        Q.    Would you expect that if there were further

03    documentation of this Liquid Wrench test -- including

04    the protocols, the procedures used, any additional

05  tests done -- that those documents would have been

06    retained?

07        A.    I can't answer that. You need to ask the

08  analytical laboratory people who were doing these

09    tests.

10        Q.    From your testimony earlier, was a 30 percent

11  benzene level an unexpectedly high level?

12        A.    I would say it's unexpectedly high level, yes.

13        Q.    Were you surprised by that finding?

14        A.    Somewhat. I thought the level was much higher

15  than many other products that I have seen.

16        Q.    Did you do anything at that point to see if

17    the result could be verified?

18        A.    No, I didn't -- I don't remember doing

19  anything except that we suggested that the product be

20  discontinued at this level of benzene.

21        Q.    Did you request any further documentation

22    concerning the test to see whether or not there was any

23    indication whether there might have been any errors in

24    the test?

25        A.    I did not request that. I don't think it was

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

# Mehlman, Myron
## Rhyne Trial Master

```
01        needed.
02    Q.    Do you know whether there was a subsequent
03    test done to determine whether or not the results could
04  be confirmed?
05    A.    My recollection, there was a -- another test
06    was done at a later date; and I don't recall
07    specifically what it was at this moment.
08    Q.    Do you recall whether the 30 percent level was
09  ever reproduced?
10    A.    I don't recall what -- if it was reproduced or
11    not.
12    Q.    Now, 30 percent would be a high enough level
13    that is somewhat memorable; is that -
14    A.    It was very --
15    Q.    -- correct?
16    A.    -- memorable, yes.
17    Q.    If you saw another 30 percent test, do you
18  think you would have remembered that there was another
19    test out confirming the 30 percent?
20    A.    Well, you're talking about 26 years ago. Not
21    necessarily at this moment. If I saw it at that time,
22    I may or may not; but I don't know. I don't recall
23    that.
24    Q.    Do you think you would just remember the first
25  one but you wouldn't remember the confirming test?
```

# Mehlman, Myron

Rhyne Trial Master

```
01      A.    I don't recall at this moment.
02      Q.    Okay. Do you remember seeing a test resulting
03   in a 7 percent level?
04      A.    Yes, I do remember seeing that 7 percent.
05      Q.    Okay.
06      A.    Now that you mention, I do remember.
07      Q. Do you recall when the test that you had the
08   7 percent level was done?
09      A.    No. It would be approximately the same period
10   of time.
11      Q.    Do you know where that test was done?
12      A.    I don't recall. There's a memo to that
13   effect, and I'm sure it's -- now that you mentioned it,
14   I do recall that.
15      Q.    Do you recall whether it would have been the
16   same laboratory or a different laboratory?
17      A.    I have to -- I don't recall. I have to look
18   at the memo and see who did that.
19      Q.    Would it concern you at all that there would
20   be such a wide difference between two results?
21      A.    No, I wouldn't be surprised. Depends on what
22   stock material is being used.
23      Q.    What would account for the differences?
24      A.    Well, it depends what's the source of your
25   material. If it -- if you use kerosene or sometime
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01  naphtha, the level would be substantially lower than

02  whatever was used in initial products.

03  Q.    Okay. Well, if we're talking about two tests

04  done on Liquid Wrench -- one showing 30 percent, one

05  showing 7 percent -- if they're the same product, what

06  would you expect -

07  A.    Excuse me. They're not the same product. The

08  name is the same, but the product is different.

09  Depends on the stock material that they used to put in

10  the product. They couldn't be the same product.

11  Q.    So, do you have any way of knowing whether or

12  not -- even if the 30 percent test was accurate for the

13  particular sample it was done on, whether or not any

14  other sample of Liquid Wrench would result in the same

15  level?

16  A.    I know that 30 percent was accurate at the

17  time it was measured; and if the sample -- a different

18  sample is taken with a different material that was put

19  in it, it would be different.

20  Q.    Do you have any way of determining whether or

21  not it would be more likely that different samples of

22  Liquid Wrench would come to the 7 percent or the

23  30 percent?

24  A.    I can't -- I don't know. I just -

25  Q.    You would have to test each particular --

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01       A.    That's right.
02       -- sample -
03       A.    You need to -- well, the way that was
04    determined was test it. So, obviously there was one
05    sample at 30 percent and one sample at 7 percent.
06       Q.    And not having -
07       A.    From a different source.
08       Q.    And you don't have personal knowledge as to
09    the source of the sample that resulted in the 30
10    percent, do you?
11       A.    I don't recall that -- where it was obtained,
12    no.
13       Q.    You don't have any personal knowledge as to
14    whether that came directly from a sealed container of
15    Liquid Wrench or whether it might have been a sample
16    that might have been mixed with something else, do you?
17       A.    I don't recall the source. It's been a long
18    time, and I just don't recall. I'm sure it was
19    described to me at that time where they obtained, but I
20    don't recall that.
21       Q.    Other than -- and let me ask you this: Do you
22    know what the sample size was that was tested?
23       A.    The actual sample size would have been very
24    small, if you use gas chromatograph; but the sample
25    size from what it was taken, no, I don't recall.
```

611,
compound
403,
cumulative

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

```
01    Q.     Other than the one particular sample and
02  whatever that source was for that sample, you don't
03  know what the content of benzene in Liquid Wrench would
04  be in any other sample, do you?
05    A.     No, 1 do not, unless it's tested.
06    Q.     Okay.
07  MR. LYNN: Mark this.
08    (EXHIBIT 5 MARKED)
09  MR. LYNN: Do you need to take a look,
10  Herschel?
11  MR. HOBSON: From here it looks like
12    something that's already been marked.
13  THE WITNESS: Yeah, it's Exhibit 2.
14  MR. LYNN: Oh, is it the same?
15  THE WITNESS: Yes. Exhibit 2 is the same
16    as Exhibit 5, identical.
17  MR. LYNN: Okay. We hadn't put a date on
18  Exhibit 2 when we were describing it.
19    Q.     (BY MR. LYNN) So, Exhibit 2 discusses a test
20  that was done on Liquid Wrench as well, correct?
21    A.     Yes.
22    Q.     And where was this test done?
23    A.     The test was done in Paulsboro laboratory.
24    Q.     So, this test would have been done same
25  location as the other test that you testified about?
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01    A.    Which other test?
02    Q.    The test that resulted in the 30 percent -
03    A.    Well, that's 30 percent. We're talking -
04    Exhibit 2 is 30 percent.
05    Q.    If it's the same document I'm looking at, it's
06    7 percent.
07    A.    I don't have that document. You have both
08    documents that show 30 percent. This is dated
09    October 18, 1977, October 18 -- these are two identical
10    documents.
11    Q.    Do you see there's an arrow drawn about
12    halfway or two thirds of the way down the page?
13    A.    Yes. I see on the bottom, right.
14    Q.    And what's that?
15    A.    (Reading) It contained no fat, and ash content
16    was negligible. The aromatic solvent had the following
17    characteristics: Benzene, 7 percent by volume.
18    Right, that's the same document.
19    Q.    Right. And there's a comment section below,
20    correct?
21    A.    Yes.
22    Q.    And what does the comment section say in the
23    first sentence?
24    A.    It says that it's not as high as 30 percent.
25    Q.    Okay. So, this is a 7 -- a test that showed 7
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01        percent, correct?
02        A.    That's correct.
03        Q.    This is not a test that showed 30 percent,
04    correct?
05        A.    Yes.
06        Q.    So, we're talking about two separate tests.
07        A.    That's right.
08        Q.    Do you know whether both tests were done at
09    the same laboratory?
10        A.    To the best of my recollection, yes, they both
11    would have been done in the same laboratory.
12        Q.    Did you ever look at any documents to
13    determine whether or not there were any differences in
14    the procedures that were done in the two tests?
15        A.    Procedures were always the same with respect
16    to testing for benzene.
17        Q     Are you telling us that from your personal
18    knowledge or from a supposition that that's the way you
19    believe it was done?
20        A.    No. I had enough experience, communication
21    with the laboratory about testing of samples on benzene
22    that procedures was followed essentially the same.
23        Q.    Do you have a specific recollection with
24    respect to these two particular tests of having a
25    discussion or reviewing documents to determine step by
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

Page 33

```
01    step whether or not these two tests were performed the
02    same?
03    A.    I don't recall that.
04    Q. Do you know whether or not the same sample was
05    used for both tests?
06    A.    I doubt it very much. It's different samples.
07    Q.    Is there any explanation at all as to what the
08    differences would be that would result in a 30 percent
09    result in one test and 7 percent in another?
10    A.    Different products, different sample.
11    Q. And do you know of any determination that was
12    ever done by Mobil as to whether or not the 30 percent
13    test or the 7 percent test more accurately reflected a
14    typical or average sample of any particular formulation
15    of Liquid Wrench?
16    MR. HOBSON: Objection, form.
17    A.    I didn't quite understand your question.
18    Could you repeat that?
19    Q.    (BY MR. LYNN) Okay. You had two results.
20    One said 30 percent; and one said 7 percent, correct?
21    A.    Okay.
22    Q.    Was there ever any discussion as to whether or
23    not -- making a determination as to whether either of
24    those was a more typical result or sample of Liquid
25    Wrench?
```

403,
no answer
waste of time

403,
cumulative
delay

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

```
01      A.     I don't recall. All we are interested, that

02      the product had more than 1 percent of benzene.

03      Q.     And as far as you can tell, if another sample

04  of Liquid Wrench was tested, it might come out with a

05      completely different result again, correct?

06      MR. HOBSON: Objection, form.

07      A.     That's possible.

08      Q.     (BY MR. LYNN) And to the best of your

09  knowledge, there was no effort made to obtain every

10  different formulation or variation of Liquid Wrench to

11  determine the benzene content in each one of them, was

12      there?

13      MR. HOBSON: Objection, form.

14      A.     I'm not aware of that. If it is, the people

15  who provide the samples should be able to answer that.

16      Q.     (BY MR. LYNN) Now, we talked earlier on in

17      the deposition about being able to reproduce a result.

18  Do you have any concerns at all that the result from

19      the first test was not reproduced in the second test?

20      A.     Two different samples. I don't know how you

21      can reproduce result from two different samples.

22      Q.     And I take it there was no effort made to -

23      A.     Unless you do the same sample. And I'm

24      positive it wasn't the same sample.

25      Q. And do you know whether or not any portion of
```

MEHLMAN,
MYRON A. PLF
COUNTER
Designations

**Transcript of Mehlman, Myron**

01    the source for the first sample was retained and

02    available to be retested to determine whether or not

03    the 30 percent test was accurate?

04    A.    You need to ask the analytical chemists.

05    People that would be very knowledgeable is Paul Carl

06    and Gerard.

07    Q.    During the time that you were at Mobil, did

08    you keep track of other tests being done by other

09    people as to different types of substances being used

10    at Mobil?

11    A.    Yes.

12    Q.    Did you keep track of any other testing done

13    of Liquid Wrench?

14    A.    Not that I recall.

15    Do you ever remember seeing any reports from

16    any source outside Mobil stating that Liquid Wrench had

17    as high as 30 percent benzene content?

18    A.    I don't recall that. And if I had went

19    through -- I had average of several thousand documents

20    per month. So, it would be difficult to keep track of

21    a specific product unless I have direct interest in it;

22    and I did not.

23    Q.    In your time since leaving Mobil, have you

24    kept track of literature and testing done of various

25    products with respect to benzene concentrations?

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

# Mehlman, Myron
### Rhyne Trial Master

Page 36

```
01      A.     Yes.
02      Q.     Do you recall seeing in any of the literature
03   that you've ever reviewed any report of Liquid Wrench
04   having a benzene content as high as 30 percent?
05      A.     I don't recall any concentration of most of
06      the products.
07      Q.     Now, the testimony you're giving today is with
08      respect to Mr. Awalt's case. Have you reviewed any
09   records at all regarding Mr. Await or his alleged
10      exposure?
11      A.     No. I don't even know what case this is.
12      Q.     So, I take it by that that you would have
13   absolutely no way of knowing whether or not any Liquid
14   Wrench that Mr. Await might have used would have had
15   anything in common with any of the Liquid Wrench that
16      was tested in the two tests that we've discussed today;
17      is that correct?
18      A.     I have no idea what you're asking me. I have
19   no information on the case or who are defendants,
20      except now I just learned what's the nature of the
21      case.
22      Q.     Doctor, this is not the first case that you've
23      provided testimony for, is it?
24      A.     That's correct.
25      Q.     How many cases have you testified in before?
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

## Rhyne Trial Master

01    A.    Altogether, probably between 50 to 70.

02    Q.    Would that have been depositions in those

03    cases, trial testimony, or both?

04    A.    Both.

05    Q.    How many cases in which you gave a deposition

06    but did not testify at trial?

07    A.    A lot.

08    Q.    Okay. Can you give us an approximate number?

09    A.    No, I can't. I didn't keep track.

10    Q.    Do you recall about how many cases that you

11    actually testified at trial?

12    A.    No, that -- because -- I appeared at trial.

13    Lot of time it settled. I got certified as an expert.

14    The case got settled before I -- the last one I was in,

15    and I didn't have a chance to give any testimony.

16    Q.    Okay. But do you have any recollection as to

17    approximately how many cases you've actually given your

18    testimony at trial?

19    A.    Oh, I can tell you two or three -- trial? At

20    least one maybe, trial cases

21    Q.    When you testify, do you generally testify for

22    plaintiffs or defendants in cases?

23    A.    Generally for plaintiffs.

24    Q.    And do you know what types of defendants have

25    generally been sued in those cases?

'403
relevance
408,
settlements

US Steel
Deposition
Designation Mehlman

Transcript of **Mehlman, Myron**

Case 3:18-cv-00197-RJC-DSC  Document 298-1  Filed 09/02/20  Page 38 of 91
Case 3:18-cv-00197-RJC-DSC  Document 407  Filed 09/15/20  Page 38 of 91

```
01      A.    They're all types -- petroleum companies,
02      chemical companies, and spillage. I really don't
03      recall what type of defendants because it's difficult
04      to say. Sometimes a list of defendants is so large
05      that I don't even read it except the first one.
06      Q.    Do you recall giving any testimony concerning
07  Liquid Wrench before?
08      A.    1 probably did, but I don't recall where or
09      when.
10      Q.    Do you recall the general substance of any of
11  your prior testimony concerning Liquid Wrench?
12      A.    No, I don't recall that.
13      Q.    Are you being paid for your work on this
14      particular case?
15      A.    No, I don't think so. I -- no one mentioned
16      any money.
17      MR. HOBSON: As you know, Dr. Mehlman is
18      being presented as a fact witness.
19      MR. LYNN: I had been told that he had
20      been designated as a fact and expert witness. Is that
21      incorrect?
22      MR. HOBSON: As far as 1 know it is.
23      THE WITNESS: An expert?
24      MR. HOBSON: No, as a fact witness.
25      MR. LYNN: Okay.
```

Transcript of Mehlman, Myron

# Mehlman, Myron
## Rhyne Trial Master

01    Q.   (BY MR. LYNN) Did you review any documents

02 prior to your deposition this morning?

03    A.   No -- perhaps I did review some documents this

04 morning, but has nothing to do with this case or any

05    case Mr. Herschel Hobson is dealing with. It has to do

06 with hematological cancer that's caused by benzene.

07    MR. HOBSON: He gave me a recent

08        B   publication.

09    Q.   (BY MR. LYNN) Okay. Did you have any

10 discussions with Mr. Hobson or anyone at his office

11 prior to this deposition concerning this case or your

12    testimony?

13    A.   No. I haven't spoken with Mr. Herschel Hobson

14    for a long time.

15    Q.   Are you aware of any incidents or cases in

16 which any results from the laboratory that performed

17 the test we've been talking about today have been

18 questioned or challenged?

19    A.   I'm not aware of any challenges to the Mobil

20    analytical laboratory.

21    THE WITNESS: Herschel, could you pass

22    some water, please?

23    MR. HOBSON: Sure.

24    THE WITNESS: Thank you. Thank you.

25    Q.   (BY MR. LYNN) Do you know whether any of the

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

```
01      individuals that participated in the actual testing are
02      still employed by Mobil?
03      A.      To the best of my -
04      MR. HOBSON: Objection, form.
05      A.      I don't know the name that -- the names that
06      I'm very familiar with is Gerard. I don't know if he's
07      still there or not. He might be. Paul Carl, I worked
08  with him very closely. He was a senior manager. And
09      Selfridge, I know that he's not. I -- I can't answer
10      that. I really don't know. I know who's not.
11  Selfridge wouldn't be. He was pretty old when I worked
12      with him.
13      Q.      (BY MR. LYNN) Do you know if Mr. Carl is
14      still living?
15      A.      That's good question. I don't know. I ...
16      Q.      And the last you had of any knowledge of
17      Mr. Carl, was that still while he was at Mobil?
18      A.      Yes. And I've been following Mobil World that
19      lists people who have been deceased, and I don't
20      remember seeing his name.
21      Q.      And you haven't heard of him being anywhere
22  else other than Mobil, have you?
23      A.      I think he would retire from Mobil. He had
24  been with Mobil for maybe 40 years or so.
25      Q.      Do you know who M.H. Meynig is, M-E-Y-N-I-G?
```

**Transcript of Mehlman, Myron**

01    A.    He's not on this list, is he?

02    MR. HOBSON: I think he's on this

03    document here.

04    A.    Oh, okay. This -- I'm sorry. That's a

05    different document.

06    Name is familiar, but I don't know if he -

07    he's -- it's from analytical laboratory. It could be

08    from Beaumont, but I don't know. I don't recall who he

09    is.

**403, waste of time**

10    Q.    (BY MR. LYNN) And do you know J.L. Wescoat?

11    A.    I know his name. I may have met him, but I

12    don't recall if I met him. I went to Beaumont several

13    times and -- but specifically I don't recall.

14    Q.    Do you know what his job title was back in

15    1977?

16    A.    No, I do not.

17    Q.    Okay. Was he working at the Beaumont

18    facility,

19    A.    Yes, I believe so.

20    Q.    Do you know what department he was in?

21    A.    He would -- no, I do not know. I don't recall

22    what department. If I met him, I would have known; but

23    I wouldn't remember specific -- individuals in specific

24    departments.

25    Q. Do you know what his role would have been in

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

Case 3:18-cv-00197-RJC-DSC  Document 298-1  Filed 09/02/20  Page 42 of 91
Case 3:18-cv-00197-RJC-DSC  Document 407  Filed 09/15/20  Page 42 of 91

# Mehlman, Myron

## Rhyne Trial Master

403, waste of time

403, waste of time

```
01   this testing program?
02      A.    I do not know, but could have been -- he
03      certainly -- I don't think he was industrial hygienist
04   because he would have reported to me.
05      Q.    On the document that we were just looking at
06      that had Mr. Meynig's name on it, there's some
07   handwritten initials about two thirds of the way down
08   the page on the right. Do you recognize any of those
09      initials?
10      A.    No, I do not.
11      Q.    Earlier on I started asking you about how
12   results were reported and there was some confusion on
13      that and that's whenever we started talking about
14      procedures. The document that we've been looking at
15   today with the 30 percent finding has got just a
16   handwritten result on it, correct?
17      A.    Yes.
18   MR. HOBSON: Objection, form.
19      Q.    (BY MR. LYNN) If a gas chromatograph is used,
20   would the test result be printed off in some form or
21   would it -- how would the people doing the testing see
22      the result?
23      A.    I believe it would be printed off.
24      Q.    Okay. So, would you expect that there would
25   be a document someplace in some kind of mechanically
```

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01   printed form that would contain the results from the
02   test that was performed on the Liquid Wrench sample?
03   A.     It would be -- by "printed off," I mean charts
04   from which the levels could be calculated or
05   computerized. Would I expect they'll be someplace?
06   Can't answer that. At this point in time, I don't know
07   what's -- who would have what where.
08   Q.     Okay.
09   A.     It's too many years past.
10   Q.     And would you have expected that in 1977 there
11   would be documents existing that would contain the test
12   results from the test performed on the Liquid Wrench
13   sample?
14   A.     On any samples I would expect that.
15   Q.     Do you know what the retention policy for that
16   type of document would be?
17   A.     I don't know what the analytical retention
18   policy but I do know I have a small section in
19   Paulsboro, toxicology section, Fred Feasley, and he
20   retained everything going back to early 1950s. So, I
21   was able to get documents that I need on testing and
22   discussions 25 years -- well, 1950s -- it would be 54
23   years now, but at that time it would have been 25 years
24   back.
25   Q.     And you said that gentleman's name was Fred
```

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

Page 44

```
01        Feasley?

02        A.    Feasley, F-E-A-S-L-E-Y.

03        Q.    And he was at the Paulsboro lab?

04        A.    Yes. He reported to me.

05        Q.    Do you know whether he is still employed by

06    Mobil?

07        A.    No, he's not employed by Mobil.

08        Q.    Do you know --

09        A.    He's deceased.

10        Q.    Okay.

11        A.    He'd been with Mobil probably between 40 and

12    50 years.

13        Q.    Do you know who his successor at Mobil might

14    have been?

15        A.    No, I -- he would not have a successor.

16        Q.    Do you know whether the facility in which he

17    worked is still existing?

18        A.    Yes. The laboratory, the refinery is still in

19    Paulsboro.

20        Q. And do you know in what way he kept the

21    records that he kept?

22        A.    Filing cabinets.

23        Q.    And at the time in 1977, would you have

24    expected that there would have been a file kept with

25    the records showing test results from this type of
```

403,
cumulative

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

```
01      testing?
02      A.    In 1977, yes.
03      Q.    Did you ever see any documentation concerning
04 the Liquid Wrench test other than the handwritten
05      result    that we've looked at here today?
06      A.    I don't recall what I have seen.
07      Q.    We spoke earlier that the 30 percent finding
08 would have been an unusually high finding. Do you know
09 whether any attempt was made to discuss that finding
10 with the manufacturers of Liquid Wrench?
11      A.    I don't recall if any attempt was made or was
12      not. I'm not aware of that -- at least I don't recall.
13      Q.    If you or anyone else at Mobil felt that there
14 was a health risk as a result of the finding with
15      respect    to Liquid Wrench, did you think that that was
16 something that should be communicated to anyone outside
17      Mobil?
18      A.    I hope that it was -- certainly must be
19 communicated to the employees and people who use it.
20 Was it communicated to manufacturers? I have no -- I
21      don't have no knowledge of that. I mean, that would be
22 by the products people. They were aware of the
23      concentrations.
24      Q.    Who would the products people be that were
25      made aware of the testing?
```

01    A.    I don't recall their names. There were lot of

02    products people.

03    Q.    Do you have any personal knowledge as to

04    whether or not Radiator Specialty Company, who produced

05    Liquid Wrench, was ever informed of the 30 percent test

06    result?

07    A.    I have no knowledge of that.

08    MR. LYNN: Pass the witness at this time.

09    EXAMINATION

10    BY MR. MILLER:

11    Q.    Dr. Mehlman, good morning.

12    A.    Good morning, sir.

13    Q.    My name is Adam Miller. I represent United

14    States Steel, and I have some questions for you this

15    morning.

16    Dr. Mehlman, are you familiar with any

17    evaluation or review of Mobil's analytical testing

18    laboratories or practice, any survey to evaluate the

19    consistency of the results that its laboratories

20    obtained in its testing?

21    A.    Specifically, no, not at this time.

22    Q.    All right. I'm asking about something like an

23    audit. Was it your recollection that Mobil would

24    periodically audit its analytical laboratories for the

25    purpose of assessing whether or not its laboratories

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01     were conducting evaluations using good laboratory

02     practice and consistently following the appropriate

03       protocols?

04     A.     First of all, the good laboratory practice

05     didn't come into effect until later. I don't recall

06     anything specific at this time. I know we looked for

07     accuracy and reproducibility. That I'm aware of, but

08     anything else I don't recall.

09     Q.     All right. You mentioned in your last answer

10     that good laboratory practice did not come into effect

11     until after 1977; is that correct?

12     A.     I'm not too sure when it came, but we

13     immediately implemented it. It may have came -- in

14     toxicological area it came a little later. That was

15     after I.B.T. scandal, which was Industrial. Bio-Test

16     Laboratory in Chicago, which they got indicted. They

17     always produced desirable results for the industry.

18     For example, mice that died on Friday reoccurred on

19     Monday. They became alive. We called them Jesus mice.

20     Graphic methods were used to generate data, and the

21     person of that company I do recall went to jail.

22     MR. MILLER: I'm going to move to strike

23     your response as being unresponsive.

24     (BY MR. MILLER) Let me reask the question

25     again.

MEHLMAN,            US Steel
MYRON A. PLF       Deposition
COUNTER            Designation Mehlman
Designations



Transcript of Mehlman, Myron

```
01        A.    All right.
02        Q.    You're familiar with the term "good laboratory
03    practices"?
04        A.    Yes, I am.
05        Q.    Is there a technical meaning or a meaning of
06    the phrase "good laboratory practice" that's recognized
07    in the field of analytical chemistry?
08              A.    I don't recall.
09        Q.    All right. Were there standards of good
10    laboratory practice adopted in the industry at some
11    point in time, Doctor?
12        A.    My recollection that there were standards, but
13    what they are I don't recall.
14        Q.    Do you recall when those standards became
15    effective or had been adopted in the analytical
16    chemistry?
17        A.    No, I do not, no.
18        Q.    So, you don't know whether at the time the
19    test results that we've been talking about today were
20    conducted in the laboratory under standards of good
21    laboratory practice; is that correct?
22    MR. HOBSON: Objection, form.
23        A.    All I know and I recall that they have high
24    standards in performing their work in terms of
25    accuracy.
```

403,
cumulative

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

Page 49

403,
cumulative

```
01      Q.      (BY MR. MILLER) I understand that, Doctor;
02  but what I'm asking is whether or not there were
03      standards for laboratory practice that were recognized
04  in the industry that had been adopted by Mobil at the
05      time of the testing that's reflected in the documents
06  we've talked about today.
07      A.      I don't recall that.
08      Q.      Okay. Thank you, Doctor.
09      Doctor, is it your testimony today that every
10      single test result obtained from Mobil's analytical
11      laboratories was accurate?
12      A.      Every single one? It's -- I never testified
13      to that. I said by and large, to the best of my
14  knowledge, all the results that were done for me were
15      accurate.
```

403,
cumulative
611,
argumentative

```
16      Q.      Let me ask that question again, sir, because I
17  don't think you specifically answered my question. Is
18  it your testimony that every single analysis conducted
19  by Mobil's analytical laboratories were accurate?
20      A.      I can't swear to that, that "every single."
21
22      go ahead.
```

```
23      Q.      Can you tell me the percentage of analyses
24  conducted by the Mobil analytical laboratories during
25  the time period that you were with Mobil -- can you
```

USS
Obj:
Form
Compo
und
602

MEHLMAN,
MYRON A. PLF
COUNTER
Designations

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

```
01    tell me the percentage of those results that were
02    accurate?
03        MR. HOBSON: Objection, form.
04        A.    As far as I'm concerned, they were all
05    accurate.
06        Q.    (BY MR. MILLER) Do you have any objective
07    data or information that would identify the percentage
08    of test results that were accurate?
09        MR. HOBSON: Objection, form.
10        A.    If I had any, I wouldn't recall that. I -
11    they were accurate, because we checked our samples,
12    what they did for us. The benzene analyses were
13    accurate. I split samples in two, I put in blank
14    controls, we spiked samples, and we run standards with
15    it.
16        MR. MILLER: I'm going to move to strike
17    your answer as nonresponsive.
18        A.    I thought it was very responsive. How we
19    did -- you asked me how -
20        Q.    (BY MR. MILLER) Excuse me. Sir, there's no
21    question pending. Thank you.
22        Sir, is it your testimony that for every
23    single analytical test run by Mobil in the 1977 time
24    period, the appropriate or recognized protocols were
25    followed?
```

USS
Obj:
Form
Compo
und
602

MEHLMAN,
MYRON A. PLF
COUNTER
Designations

**Transcript of Mehlman, Myron**

```
01    A.    I can't answer your question because the test
02    sampling that were done for me, procedures were
03    followed -- I sent people to check in addition to
04 myself -- and the results were accurate.
05    Q.    Who are the people that you sent to check on
06    the analytical chemists?
07    A.    Feasley was one of them because he located on
08 the facility and had tremendous amount of knowledge.
09 There are other people that I sent to have these
10    results checked. There -- I had several other
11    industrial hygienists. I don't even remember the name
12 but I send them to Paulsboro and they spent time with
13    them looking at it and I was called constantly. That I
14    recall.
15    Q.    Sir, how is it that you are satisfied that the
16    results from the testing that we've talked about here
17 today with respect to Liquid Wrench were properly
18    interpreted?
19    A.    Because all the other results, samples that we
20    sent for analysis -- and these were several thousand
21    samples -- were accurate. I did not send Liquid
22    Wrench. I requested that be tested. I sent thousands
23    of other samples to be tested.
24    Q.    Doctor, do you know the limits of detection
25    for gas chromatography that was used in the testing of
```

USS
Obj:
602



MEHLMAN,          US Steel
MYRON A. PLF      Deposition
COUNTER           Designation Mehlman
Designations

**Transcript of Mehlman, Myron**

01      the Liquid Wrench reflected in the documents we've

02      talked about today?

03      A.    I don't recall specifically; but if sample is

04   very concentrate, you dilute it. You keep on diluting

05   it till you get within a range that can be measured

06      accurately.

07      Q.    Is there a rate of error for gas

08      chromatography in the 1977 time frame that you're

09      familiar with?

10      A.    There is, but I don't remember what it is.

11      Q.    Is there any extent of variability that might

12      result from test to test of a split sample, for

13   example? Can you expect some variability in gas

14   chromatography?

15      A.    Yes.

16      Q.    What is the extent of that variability?

17      A.    On my samples they were within 3 percent, the

18      ones that I split; but I don't know what it was and

19   what range.

20      Q.    Could it have been higher?

21      A.    It could be.

22      Q.    I understand that -- from your prior testimony

23      today that you have no knowledge about Mr. Awalt's

24      occupational history; is that correct?

25      A.    I don't know who Mr. Await is. The first time

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

01   I heard his name is right here.

02   Q.   I want to hand you what has been marked

03   Exhibit No. 1, and this is a notice to take discovery

04   deposition --

05   A.   Okay.

06   Q.   -- in the Ronald Awalt case.

07   A.   I didn't even look at that. I looked at the

08   second part.

09   Q.   Okay. That notice is for your deposition here

10   today; is that correct?

11   A.   Yes.

12   Q.   All right. And you understand now that this

13   case relates to a gentleman by the name of Ronald

14   Awalt?

15   A.   No, I don't understand that. That's just what

16   I see here. I had no idea what's the case or anything

17   about the case.

18   Q.   All right. I understand from your earlier

19   testimony today that you had some responsibility at

20   Mobil for evaluating exposures to benzene for workers

21   in Mobil's own facilities.

22   A.   Yes.

23   Q.   And can you tell me how it is that Mobil

24   assessed, during your tenure there, potential exposures

25   to benzene for its own workers?

**Transcript of Mehlman, Myron**

01      A.      You put equipment on the workers and tubes

02      that -- and for whatever period of time they worked,

03   different periods of time, you measured the areas where

04   they worked and the level of benzene in these areas.

05      Then be extrapolated, seeing that it's only 1 part per

06   million of benzene or less they would be inhaling that.

07   We calculated that to eight -- to eight-hour average.

08      So, what you do, I take it -- or what -

09      strike that.

10      What Mobil did during your tenure there as

11   director of toxicology and environmental health is to

12      conduct actual measurements of benzene in the work

13   environment in which benzene exposed workers actually

14      conducted their work.

15      A.      That's correct.

16      Q.      And, then, I take it that you took those

17      samples and extrapolated to I think what we call a time

18      weighted average -

19      A.      Yes.

20      Q-      -- to evaluate the concentration that a worker

21   might be exposed to over the course of an eight-hour

22   workday.

23      A.      Yes.

24      Q.      And I take it that part of that process is, as

25   we said, to put measurement devices actually within the

**Transcript of Mehlman, Myron**

01              

02         A.   Yes.

03         Q.  

04        

05        

06         A.   Yes.

07         Q.  

08

09

10

11

12

13         A.  

14         Q.  

15

16

17         A.  

18

19

20

21         Q.  

22         A.  

23         Q.  

24

25

Transcript of Mehlman, Myron

01     A.    I don't -- probably. I just don't recall
02     specifically that what -- where it comes back to.
03     Q.    How would you describe that process where you
04   take a sampling device and put it in the breathing zone
05   of the worker and put the worker in his ordinary job
06   and have him -- and evaluate those exposures?
07     A.    We had to purchase special equipment, and
08         B    recall a number of monitors. I guess that would be
09   dosimetry, yes. I had to buy over a hundred additional
10     monitors. I just recall that. Couldn't remember.
11     Q.    So, the process is called dosimetry.
12     A.    Yes.
13     Q.    Or the mechanism of doing these evaluations.
14     A.    Yes.
15     Q.    Do you recall ever conducting dosimetry on --
16   or using Mobil workers who were involved in vehicle
17   maintenance?
18     A.    I don't recall specifically. We conducted
19   measurements on all type of occupation -- mechanics,
20   probably electricians, just people working around
21     the -- many different places.
22     Q.    Do you recall whether Mobil -- during the time
23   that you were director of toxicology and environmental
24   health, do you know whether Mobil conducted dosimetry
25   of individuals using Liquid Wrench?

**Transcript of Mehlman, Myron**

01    A.    I don't know. I can't answer that. I

02    wouldn't -- I don't recall that.

03    Q.    Other than gas chromatography, which I believe

04    you've described for us earlier today, do you know

05    whether Mobil, during the time you were director of

06    toxicology and environmental health, attempted to

07    evaluate a worker's exposure to Liquid Wrench -- to

08    benzene in Liquid Wrench in his ordinary workplace?

09    A.    I don't recall that specifically.

10    Q.    Have you ever seen any results of dosimetry or

11    the evaluation of benzene exposure to a worker using

12    Liquid Wrench in his real work environment?

13    A.    I don't recall.

14    Q.    And I take it that you're not providing

15    testimony in this case about what the results of that

16    dosimetry would be for a worker using Liquid Wrench in

17    his ordinary work environment; is that correct?

18    A.    I'm not providing any testimony except to the

19    authenticity of these documents.

20    Q.    Okay. Sir, have you ever observed a worker

21    using Liquid Wrench?

22    A.    No, at least not consciously that I'm aware

23    of.

24    Q.    I take it that you may have incidentally

25    observed the use of Liquid Wrench.

**Transcript of Mehlman, Myron**

01    A.   But I wouldn't have known it.

02    Q.   So, I take it that you weren't to be any sort

03    of the actuation study or any specific assessment of

04    how a worker uses Liquid Wrench in his ordinary workday, the quantity that might be used or the

05

06    frequency of use of Liquid Wrench; is that true?

07    A.   No -- not that I recall anything like that.

08       Q.   Okay. With respect to evaluating worker

09    safety with respect to exposure to benzene, when you

10    were director of toxicology and environmental health at

11    Mobil, was dosimetry the best source or best tool that

12    you had available for predicting worker exposure to

13    benzene in the worker's ordinary work job and in the

14    environments in which the worker?

15    A.   I kind -- no, I don't know if it was the best

16    tool; but it was a rapidly available tool.

17    Q.   What would have been the best available tool

18    to assess the worker's exposure to benzene in the work

19    environment as he does his job?

20    MR. HORN: Objection, form.

21    A.   I don't -- I don't recall. I stopped

22    practicing industrial hygiene function for many years

23    already.

24    Q.   (BY MR. MILLER) As you sit here today, can

25    you think of a tool better than dosimetry to assess a

**Transcript of Mehlman, Myron**

Page 59

```
01    worker's exposure to benzene in his work -- in his
02    precise work environment?
03        MR. HOBSON: Objection, form.
04        A.    It's not something I do. It's not part of my
05        job; so, I can't think of anything. If I heard of some
06        better procedures, I don't recall. I'm sure I did in
07        some of the benzene meetings that I attended, but I
08        didn't make any effort to retain that information.
09        Q-    (BY MR. MILLER) In 1977 when you were
10        conducting an evaluation of Mobil employees' exposure
11    to benzene in their workplaces, did you use any
12    methodology other than dosimetry for the purpose of
13    making those assessments?
14        A.    I don't recall using anything else.
15        Q.    I take it you were satisfied with the results
16    that you could obtain from dosimetry for the use in
17    making estimates of a worker's overall exposure to
18    benzene in the precise work environments in which he
19    worked.
20        A.    I was satisfied because the exposure in
21        refineries were very low. The average is less than
22    tenth of a part per million. We need to know only the
23        areas that exceed on that 1 part per million. And
24    we're also satisfied because we measured in many
25        different facilities, both U.S. and outside; and the
```

**Transcript of Mehlman, Myron**

Page 60

01          results were consistent from different facilities. So,

02          that adds a lot to credibility of your test result.

403,
cumulative

03      Q.     With respect to the specific analyses that

04      we've talked about today, those that reflect in the

05      documents that we've marked of benzene content of

06      Liquid Wrench at 7 percent and 30 percent, do you know

07      whether split samples were taken of these particular

08      samples for the purpose of comparing the results?

09      A.     I -- I don't recall how they're -- how samples

10      were taken, were they split or duplicate. I don't

11      recall.

12      Q.     Was it the standard practice for the Mobil

13      laboratory that -- or Mobil's analytical laboratories

14      to take split samples for the purpose of comparing

15      samples taken from a single source?

16      A.     I don't recall. I know I did divide some of

17      my samples in duplicate to see how they compare. If

18      they did split, then there would be four analyses in a

19      single sample.

20      Q.     But again, you don't have any information with

21      respect to these particular tests -

22      A.     I -

23      Q.     -- to know whether splits were done?

24      A.     That's right.

25      Q.     Or if they were done, what the results were?

US Steel
Deposition
Designation Mehlman

**Transcript of Mehlman, Myron**

# Mehlman, Myron

Rhyne Trial Master

403,
cumulative

```
01      A.      I don't know.

02      Q.      Okay. You indicated that on occasion spiked

03              samples would be used for the purpose of conducting

04              analytical tests for benzene?

05      A.      That's right.

06      Q.      Can you describe for me what a spiked sample

07              is?

08      A.      Sure. You put a known amount of diluted

09      benzene in a sample and you split the samples in two

10      and you put in two of them and see what percent

11      recovery, especially you do a blank and you find -- if

12      you put, say, 5 parts per billion, you want to see how

13      much of that is recovered; or you also want standard.

14      Different concentration of benzene you provide three or

15          four samples -- usually four -- with different levels

16      and see how that analysis comes out; and then you run

17          some blanks and see that you don't find any benzene in

18      it. If you come in with blank that shows benzene

19      concentration, you would worry about it.

20      Q.      Were spiked samples used for the analyses that

21      we've talked about today --

22      A.      Don't know.

23      Q.      -- with respect to Liquid Wrench?

24      A.      I just -- that is -- don't know.

25      Q.      All right. Do you have any objective evidence
```

US Steel
Deposition
Designation Mehlman

Transcript of Mehlman, Myron

403,
cumulative

01    that would suggest that the specific Liquid Wrench

02    tests that we've talked about today are -- or were at

03    the time repeatable and reproducible?

04    A.    I have no idea if they repeated them or

05    reproduced them.

06    Q.    We were talking a moment ago about evaluating

07    worker exposure in the environment in which that worker

08    conducts his workday. You remember that discussion

09    generally?

10    A.    Yes.

11    Q.    We were talking about using dosimetry.

12    It's possible, is it not, to use a product

13    even if it had 30 percent benzene, a Liquid Wrench

14    product with 30 percent benzene, and have a time

15    weighted average exposure to benzene in the workplace

16    less than 1 part per million?

17    MR. HOBSON: Objection, form.

18    A.    I would say it's very unlikely with that

19    concentration that you will have that low exposures;

20    and if it's used equip -- to clean the equipment, I

21    would say very unlikely that it would be so low.

22    Q.    (BY MR. MILLER) What's your understanding of

23    how Liquid Wrench is used?

24    A.    Cleaning equipment. It's a good cleaning

25    agent; and I'm not sure if it's used in radiators, to

# Mehlman, Myron
### Rhyne Trial Master

01     clean the radiators. I don't have extensive knowledge

02     about Liquid Wrench.

03     Q. When you say to clean equipment, do you know

04   how it would be applied for that purpose?

05     A.     No. If I did know at one time, I don't

06     recall.

07     Q. Do you know how much Liquid Wrench would be

08     used for that purpose?

09     A.     No, I do not.

10     Q.     Okay. And 1 take it you would have no

11   familiarity with what a worker might use in terms of

12   quantity of Liquid Wrench in any given day.

13     A.     That's right. I do not -- I'm not familiar at

14     this time.

15     Q.     Do you know what crafts would use Liquid

16   Wrench?

17     A.     I think it would be used -- car mechanics,

18   people who work with the equipment.

19     Q.     For cleaning?

20     A.     Cleaning. That's all that I recall.

21     Q.     And certainly you don't have any information

22     about how Mr. Awalt used Liquid Wrench.

23     A.     I have no information about Mr. Await at all.

24     Q.     Okay. Let's talk about vehicle mechanics.

25   Have you ever observed vehicle mechanics throughout

**Transcript of Mehlman, Myron**

01    their workday for the purpose of assessing the

02    materials they use, the quantity of those materials, or

03    the frequency with which they use those materials?

04    A.    No.

05    Q. Do you know whether any kind of study of that

06    nature was undertaken by Mobil with respect to Liquid

07    Wrench?

08    A.    I do not know. One of my industrial

09    hygienists may know, but I do not know.

10    Q.    Okay. In the documents that you brought today

11    to the deposition and which have been marked, is there

12    any discussion about how Liquid Wrench would have been

13    used at any of Mobil's facilities in the 1977 time

14    period?

15    A.    If it was 26 years ago, I wouldn't remember

16    that.

17    Q.    Well, not only would you not remember it, sir;

18    but it's not reflected in the documents; is that

19    correct?

20    MR. HOBSON: Objection, form.

21    A.    That's correct.

22    Q.    (BY MR. MILLER) Let me reask that. Is there

23    any reference in the documents that you brought about

24    how Liquid Wrench is used by Mobil employees -- or was

25    used by Mobil employees in the 1977 time period?

**Transcript of Mehlman, Myron**

# Mehlman, Myron
## Rhyne Trial Master

01    A.    I do not see that in the documents.

02    Q.    All right. You don't know whether it was used

03    indoors   or outdoors?

04    A.    I do not know. It could be -- well, obviously

05    it could be used indoors, it you are a mechanic and

06 working at a gas station, and outdoors. Depends on the

07    weather   conditions.

08    Q.    And it depends on the kinds of equipment that

09 you're cleaning or using the Liquid Wrench on.

10    A.    That's right.

11    Q.    Some pieces of equipment can't be brought

12    inside.

13    A.    That's right.

14    Q.    Do you know the duration of exposure to

15 benzene in Liquid Wrench that an individual would

16 experience using Liquid Wrench in the manner that you

17    believe   it's used for?

18    A.    Depends on how long it -

19    MR. HOBSON: Excuse me. Objection, form.

20    Now you may answer.

21    A.    Depends on how long the equipment is being

22    cleaned. It could be anywhere from ten minutes to

23    couple   hours. I don't -- I just don't know. I don't

24    understand these questions, I'm here only to certify

25    that the documents are authentic. All of this, it

**Transcript of Mehlman, Myron**

# Mehlman, Myron
### Rhyne Trial Master

```
01   seems to me, leads to looking for an expert analytical
02       chemist and industrial hygienist, which I'm not going
03       to testify to that. I'm not going to testify at all
04       except to one fact.
05           MR. HOBSON: By the way, you've pointed
06       out already that Dr. Mehlman is not being paid. You've
07   wasted now two hours, in my humble opinion, going over
08       things that he -- you've asked a whole series of
09   questions about Liquid Wrench use after he says "I
10       don't remember seeing it being used," "I don't know how
11       it's used," all that sort of thing. If you're going to
12       go any further, I'd ask that you compensate Dr. Mehlman
13       his usual rates if you want to use him for his
14       testimony. I think you've beat a dead horse to death
15       again. Are we about done?
16       MR. MILLER: Yeah, we are. This kind of
17       discussion is just making things a little more
18       prolonged.
19       MR. HOBSON: Well, it does because you've
20       already prolonged it too long.
21       MR. MILLER: I'm going to move to strike
22   your previous response in the record as being
23       nonresponsive.
24       MR. HOBSON: What was it, by the way?
25   What did he say?
```

**Transcript of Mehlman, Myron**

```
01        MR. MILLER: He said something completely
02   different from the answer that would have been
03        responsive.
04        MR. HOBSON: Great.
05        A.    I just don't understand -- I said I don't
06   understand these questions because I'm not here to
07   testify on anything that you had asked me.
08        Q.    (BY MR. MILLER) Okay. I understand that,
09        sir.    I -
10        A. Anything you want to ask about hematological
11        effect of benzene and injury and levels, I'll be glad
12        to spend whatever time you want discussing it.
13        Q.    Again, Doctor, there's no question pending
14        now.
15        Sir, are you aware of the extent to which -
16        I'm sorry. Hold on just a second.
17        Doctor, are you aware of the extent to which
18   other hydrocarbon substances in a sample might
19        interfere with a determination of the quantity of
20        benzene in that sample?
21        MR. HOBSON: Objection, form.
22        A.    I don't recall. I know some discussions
23        were -- took place around that subject matter, and
24        some -- and it was explained to me that there was some
25   modification in columns to get cleaner separations.
```

**Transcript of Mehlman, Myron**

01    Q.    (BY MR. MILLER) Do you know the extent to
02 which that interference may have affected the
03    reliability of the samples and the results that are
04 reflected in the documents that you've brought to the
05 deposition today?

06    A.    Well -

07    MR. HOBSON: Objection, form.

08    A.    I don't think the reliability is affected in
09 analyzing from benzene. I think the procedures that
10 they -- Mobil analytical laboratory established was
11 just as good as anybody in the world can do. They
12    discussed it with, long time ago, the American
13    Petroleum Institute meeting with some other oil
14    companies; and they knew of high quality of work that
15 our analytical division or sections -- we had more than
16 one -- were doing. So, I don't think that is even in
17    question.

18    Q.    (BY MR. MILLER) I just have a few more
19 questions for you.

20    A.    Okay.

21    THE WITNESS: Can we take two-minute
22    break?

23    MR. MILLER: Absolutely.

24    THE WITNESS: Thank you.

25    THE VIDEOGRAPHER: We're off the record

Obj:
Form
Comp
ound



MEHLMAN,
MYRON A. PLF
COUNTER
Designations

**Transcript of Mehlman, Myron**

01     at 12:12.

02     (A BREAK WAS TAKEN)

03     THE VIDEOGRAPHER: We're back on the

04     record at 12:16.

05     Q.     (BY MR. MILLER) Sir, I want to hand you what

06     has previously been marked today as Exhibit No. 3. Can

07     you read the notation and handwriting down at the

08     bottom?

09     A.     "Liquid Wrench."

10     Q.     I'm sorry. Can you read the two lines there?

11     Not just the last line.

12     A.     Okay. I suspect this is (reading) please

13     attach -- whatever that word -- I don't know what it

14     is. I can read the last line, and I can read (reading)

15     attach reference Liquid Wrench.

16     Q.     It's not entirely legible; is that correct?

17     A.     That's right. Some attachments -- it is

18     either to be as an attachment, or some additional

19     attachments may have been attached.

20     Q.     And let me ask you this: The very top of this

21     document seems to reflect, aside from the fax notation

22     and other markings, that this may be an attachment

23     itself?

24     A     "Attachment II." It's -- that's what it says.

25     Q.     Do you know what document this particular

**Transcript of Mehlman, Myron**

01    exhibit that we marked as Exhibit 3. I believe was

02    attached?

03    A.   No, I don't recall. I probably was attached

04    to some document, but I don't recall.

05    Q.   Is it possible that the — well, strike that. Is this a standard format that Mobil used in the

06

07    1971 time period?

08    A.   I — I don't —

09    MR. GORDON: What is Exhibit?

10    Q.   (BY MR. MILLER) I'm sorry. Is the document

11    that we marked as Exhibit 3 a standard format that

12    Mobil used during the 1971 time period?

13    A.   I've seen very few of these. Occasionally

14    but very few.

15    Q.   Do you know what the subject matter is of this

16    particular document? Can you read the subject matter?

17    A.   It says "Liquid Mechanical" something, and I

18    can't read the other one — last one. On the bottom

19    it says they take two points, V-9-40, which has zero

20    kerosene, and I can't read it, which has 30 percent.

21    Q.   But with respect to what follows after the

22    word "Subject," you are able to read that in its entirety; is

23    that correct?"

24    A.   That's correct, without my glasses or some

25    magnification.

```
01    Q.    If you had your glasses, would you be able to
02    read that?
03    A.    I don't know. I have the -- then I will
04    answer the questions if I -
05    Q.    Do you know whose handwriting this is?
06    A.    It's someplace on the bottom, but I can't read
07    that. There's a stamp, individuals who routinely get
08    copies of these, and the person has signed, but it's
09 not legible to me.
10    Q.    So, you don't know who wrote out this
11 information on this document that we've marked as
12    Exhibit 3; is that correct?
13    A.    That's correct, but it's addressed to two
14    Mobil people. One is to Beaumont refinery -- I suspect
15    he might also be in Beaumont refinery, but I don't
16    know.
17    Q.    Do you know whether these results came from an
18 analytical laboratory in Beaumont?
19    MR. HOBSON: Objection, form.
20    A.    Don't know. I don't think so. I think it
21 probably came from -- it was addressed to two
22    individuals at Beaumont refinery. I believe most
23    likely Paulsboro.
24    Q.    (BY MR. MILLER) I take it you don't know that
25    for sure, though; is that correct?
```

**Transcript of Mehlman, Myron**

01    A    That's correct.

02    Q    Was Paulsboro a better laboratory, in your

03    estimation, in terms of techniques and standards and

04    protocols?

05    MR. HUBON: Objection, form.

06    Q    (BY MR. MILLER) Than the Beaumont laboratory?

07    MR. HUBON: Objection, form.

08    A    They had a — I don't know if I can say it's

09    better. All I know is that the laboratory in Paulsboro

10    analytical section was very good. They did a lot of ] measurements of petroleum products.

11

12    Q    (BY MR. MILLER) Did the company rely on the

13    Paulsboro laboratory for that purpose more so than it

14    did on the laboratory in Beaumont?

15    MR. HUBON: Objection, form.

16    A    Well, they were better equipped. They had

17    more people, better equipment, more space.

18    Q    (BY MR. MILLER) Would you be able to say —

19    well, strike that.

20    The 30 percent — the one percent volume that

21    appears on Exhibit 3, is it possible that that could be

22    the percent volume as a result of spiking the liquid

23    Wench for the purpose of an analytical test?

24    A    No way.

25    MR. HUBON: Objection.

MEHLMAN,
MYRON A. PLF
COUNTER
Designations

**Transcript of Mehlman, Myron**

01      A.    No way. I mean, the spiking was only done by

02   my section before the sample went to the analytical

03      laboratory.

04      Q.    Do you know when the tests of WD-40 and Liquid

05   Wrench were made -

06      A.    From -

07      Q.    -- that are reflected in Exhibit 3?

08      A.    Is there a date? It was in 1977, and this

09   note was sent on 10/4/77. It was probably done a few

10      days before that.

11      Q.    Is there any indication that -

12      Or the same day.

13      Q.    Is there any indication on this document that

14      reflects the duration of time that may have lapsed

15   between when the samples were tested and when this

16   document was prepared?

17      A.    No. When something is handwritten, it's

18      usually the same day, but I can't be certain of that.

19      Q.    Best person to answer that question would be

20      the author himself?

21      A.    Or one of the individuals that received it.

22      Q.    Okay.

23      A.    And they -- I think one of them is probably

24      still at Mobil in Beaumont.

25      Q.    I just have a few more questions for you, and

**Transcript of Mehlman, Myron**

01    then I'll be finished.

02    We were talking earlier about airborne

03  concentrations of benzene resulting from the use of

04  this Liquid Wrench product, and I wanted to ask you:

05  The reason why you do air monitoring in the specific

06  work environment is because it's the work environment

07    that -- that varies for each worker in ways that affect

08  their overall exposure to benzene; is that correct?

09    MR. HOBSON: Objection, form.

10    A.    Yes.

11    Q.    (BY MR. MILLER) Whether the environment is

12    indoors or outdoors, whether it's poorly ventilated or

13    well-ventilated, the environment really makes an

14    important difference in the potential for exposure; is

15    that correct?

16    A.    Yes, and also proximity of individual from the

17    sample. Example, if you top load barges, you get a

18  huge exposure of hydrocarbon vapors; and certainly

19  benzene levels can vary out to 150 or maybe even more

20  parts per million because you inhale the vapors.

21    Q.    And the proximity of the individual to the

22    application and the duration of time he stays in the

23    vicinity of that application, all of that's important

24    in assessing a worker's exposure?

25    A.    Yes.

**Transcript of Mehlman, Myron**

01    Q.    Air flow from the near field to the far field

02    and vice versa, that's important in assessing a

03    worker's exposure?

04    A.    Yes.

05    Q.    In other words, whether the air is static or

06 moving, that's an important feature in assessing -

07    A.    Right, it makes a difference. The

08 concentration would be lower if the air is moving. The

09    concentration would be higher if the air is static.

10    Q.    The frequency of use makes a difference in an

11    individual's -

12    A.    Well, it's only a matter of how much he's

13    exposed. The more you use, the more exposure. We can

14 determine that in terms of total PPM years. We

15    calculate the time. Otherwise, you can't compare one

16 worker's exposure from the other one.

17    Q.    Right. And, so, overall -- strike that.

18    That's, I believe, beyond the -- where we're headed.

19    MR. HOBSON: Shouldn't have stopped you.

20    It hasn't yet.

21    MR. MILLER: What's that?

22    MR. HOBSON: I said it shouldn't have

23    stopped you. It hasn't yet.

24    Q.    (BY MR. MILLER) The temperature of the work

25    environment may make a difference?

**Transcript of Mehlman, Myron**

```
01      A.      Yes.

02      Q.      Humidity may make a difference?

03      A.      Yes.

04      Q.      Temperature of the workplace may make a

05   difference?

06      A.      Yes. If the equipment is sprayed -- if the

07      solvent is sprayed on it or solvent kept in it, it will

08   make a big difference how much the material will

09   evaporate and how much a person will inhale.

10      Q. And that's why you evaluate the work

11   environment and not the product the individual is using

12      to assess a worker's exposure.

13      MR. HOBSON: Objection, form.

14      Q.      (BY MR. MILLER) Is that true?

15      A.      That's one of the ways, yes.

16      MR. MILLER: That's all the questions I

17      have for you, sir. Thank you.

18      REEXAMINATION

19      BY MR. HOBSON:

20      Q.      Dr. Mehlman, let me see if I can clarify a few

21      things.

22      Air sampling will not evaluate a worker's

23      exposure to his skin for benzene, will it?

24      A.      No, because you have a contact that's

25      substantial exposure from dermal contact.
```

**Transcript of Mehlman, Myron**

```
01      Q.    So, would -
02      A.    And also possibly inhalation, if he didn't -
03      ingestion, if he doesn't wash his hands and he takes
04      food in. So, there's three ways a worker could be
05   exposed: Primarily through inhalation, second through
06   dermal absorption, and third through ingestion.
07      Q.    And you at Mobil also did something called
08   biological monitoring for benzene, did you not?
09      A.    Yes, we did.
10      Q.    What does that mean, "biological monitoring"?
11      A.    Monitoring means we measured the level of
12   benzene in individuals, how much he could expire in his
13   breath or we could take a blood sample or urine sample
14   and determine what metabolites from benzene would be
15      excreted this way. You can calculate how much benzene
16      was taken in.
17      Q.    And that would be a reflection of the total
18      dose, not just what you breathe, correct?
19      A.    Yes. You usually determine total dose for a
20   worker because breathing is only one of the ways that
21      he is exposed.
22      Q.    And did Mobil use, also, something called
23      medical monitoring for its benzene exposed workers?
24      A.    Yes. That was essential. We had people who
25   were exposed to one or more parts per million required
```

**Transcript of Mehlman, Myron**

01    to undergo physical examination, to take more frequent

02        blood tests. I think it -- well, we had a policy to

03        that and procedure that is developed by medical

04    department to do medical monitoring to see if any

05    changes in his blood parameters; or if we see any

06    decrease in various blood cells, you remove the worker

07    from the job category because he may be more

08        susceptible.

09        Q.    Have you seen evidence that medical monitoring

10    and biological monitoring for workers potentially

11    exposed to benzene in the workplace goes back into at

12        least the 1950s?

13        MR. MILLER: Objection, form.

14        A.    It goes back all the way, but I'm not sure for

15        nineteen -- if I can recall specifically 1950. It goes

16        back at least I recall in the 1960. In fact, the

17    medical director at Beaumont has had that program --

18        one of them, that he was still there -- he was there

19        for quite awhile in 1976, '77 when I joined Mobil.

20        Q.    (BY MR. HOBSON) So, at least to 1960 at

21    Mobil, you know about those.

22        A.    That I have seen, yes, sir.

23        Q.    I wanted to ask you -- you were asked some

24    questions about the use of Liquid Wrench at Mobil and

25    also about air sampling concerning Liquid Wrench usage

**Transcript of Mehlman, Myron**

01 at Mobil. Do you remember those questions generally?

02     A.    Yes.

03     Q.    If you'll look at exhibit -- well, I'll just

04 pick Exhibit 5, which is the same as one of the other

05 exhibits, same as Exhibit 2.

06     A.    Yes.

07     Q.    All right. Exhibit 2 or 5, on the second

08 page, you see in the first paragraph it says "We

09 suggest that the use of the material be discontinued

10 and an alternate be found"?

11     A.    That's correct. I remember it because we

12 discussed the situation -- the products with above

13 1 part per million of benzene, we should find

14 alternatives.

15     Q.    And is that something generally known as

16 substitution?

17     A.    Correct.

18     Q.    And substitution is where you take a material

19 that has a hazardous property and substitute for it one

20 that will do the same job but doesn't have the toxic

21 property?

22     A.    That's correct.

23     Q.    Now, if your advice at Mobil was taken here in

24 October of 1977, would there be any need to do any air

25 sampling for Liquid Wrench at Mobil facilities after

**Transcript of Mehlman, Myron**

```
01      October, 1977?

02      MR, MILLER: Strike that -- I -- object

03      to the form.

04      A.    If the product was no longer used, there's

05      nothing to be monitored.

06      MR. HOBSON: Thank you, Dr. Mehlman.

07      That's all I have.

08      REEXAMINATION

09      BY MR. LYNN:

10      Q.    Just a couple of quick follow-ups. Take a

11      look at this document.

12      A.    Let's see.

13      Q.    Doctor, I handed you back Exhibit No. 4.

14      don't think we really talked too much about that

15      document.

16      You are not shown as a recipient or copied on

17      that document, were you?

18      A.    That's correct.

19      Q.    When did you first become aware of this

20      document?

21      A.    I would say October, 1977.

22      Q.    In what circumstance would it have been

23      brought to your attention?

24      A. Anything that had to do with benzene would be

25      given to us because at that time I was responsible for
```

**Transcript of Mehlman, Myron**

01    establishing policy and monitoring and making

02    recommendation on all subject matters related to

03    benzene.

04        Q.    Do you know who R.E. Bistline is?

05        A.    I don't recall his name. E.P. Medlin,

06    certainly name is coming back to me; but I don't know

07    what his job was.

08        Q.    Do you recall E.D. Keiper?

09        A.    No, I don't recall the name; but I'm sure I

10    knew these people -- or their name -- by names at

11    least.

12        Q.    Do you know who Doug Leitch is?

13        A.    Who?

14        Q.    Doug Leitch, the first -- at the beginning of

15    the paragraph of the text, it says "Doug Leitch advised

16    me." Do you know who Doug Leitch is?

17        A.    No, I'm not sure who he is. They had 30,000

18    employees; and many of them were in products, safety,

19    and different divisions, production, manufacturing.

20    So, I don't remember his name.

21        Q.    That's okay. The document mentioned that

22    there was another company's concern about potential

23    benzene concentration in Liquid Wrench. Do you know

24    what other company they were talking about?

25        A.    No, I do not know that.

**Transcript of Mehlman, Myron**

```
01      Q.     Okay. You see the last sentence of that first
02   paragraph says that "This information was relayed to
03   Corporate Safety for their confirmation and
04   recommendations." Do you know who at corporate safety
05   would receive this type of information at that time
06      frame?
07      A.     Oh, yes, yes. That would be a lot of people.
08      I knew everybody at one time in corporate. Dave Miller
09   would be the head of corporate safety.
10      Q. Do you know anybody else that might have been
11      told about this?
12      A.     No. I would say there were number of other
13      people. I don't remember their names, but I -- the
14   name that came back to me who -- is David Miller, who
15   was the head of that department. He was corporate -
16      in charge of corporate safety.
17      Q.     Do you know whether corporate safety was ever
18      able to confirm the findings that were sent to them?
19      A.     I don't know.
20      Q.     And Mr. Hobson just asked you some questions
21   about substitution of products. Do you recall that
22      testimony?
23      A.     Yes.
24      Q.     Was there a concern that if there was a
25   product with greater than 1 percent benzene content
```

**Transcript of Mehlman, Myron**

01    that was being used, that that would require

02    monitoring?

03        A.    I think that was the requirement, that medical

04    monitoring would be required of concentration above 1

05        percent, 1 or above.

06        Q.    And when there were discussions about

07    substituting another product for Liquid Wrench, do you

08    know if that was in order to avoid having to comply

09    with monitoring requirements?

10        A.    No, it was because the benzene exposure was

11        too high, which means that somebody else can get

12        injured, develop leukemias, lymphomas, or any other

13        type of cancers; and that presents tremendous liability

14    on part of the company.

15        MR. MILLER: I'm going to move to strike

16        the last response as being absent foundation.

17        (EXHIBIT 6 MARKED)

18        THE VIDEOGRAPHER: Excuse me. While

19    you-all are looking at that, can I change the tape,

20        please?

21        MR. LYNN: Sure.

22        THE VIDEOGRAPHER: Okay. Going off the

23        record. The time is 12:37.

24        (A BREAK WAS TAKEN)

25        THE VIDEOGRAPHER: Back on the record at

**Transcript of Mehlman, Myron**

```
01      12:38.
02      Q.    (BY MR. LYNN) Doctor, can you please describe
03      the document that was handed to you as Exhibit 6, for
04      the record?
05      A.    A memo to number of people from C.W. Phillips,
06 benzene in Liquid Wrench.
07      Q.    What's the date of the document, for the
08      record?
09      A.    November 29, 1977; and this was mailed by
10      Wescoat,    Wescoat -- coat, Wescoat.
11      Q.    Okay. In the middle paragraph -
12      A.    I see that, yes.
13      Q.    -- they talk about recommending -- or saying
14      that "You may wish to replace 'Liquid Wrench' with a
15      low-benzene content material." Do you see that part?
16      A.    Yes.
17      Q.    Okay. The last sentence of that paragraph,
18 what does it say about why that substitution might be
19      done?
20      A.    "This product has been analyzed by Research's
21 Analytical Department and was found to contain 0.01
22      weight    percent benzene. Thus, its use would not be
23 covered by the Emergency Temporary Standard."
24      Q.    Okay. And does the emergency temporary
25      standard relate to monitoring?
```

**Transcript of Mehlman, Myron**

01    A.    Emergency temporary standard was a way to

02    implement benzene starting it immediately until the

03    full standard is developed.

04    Q.    All right.

05    A.    It relates to essentially everything that

06 benzene standard relates to.

07    Q.    Okay. But the -- it's that standard that

08 would require the monitoring be done.

09    A.    Yes.

10    Q.    And in the Exhibit 5 or Exhibit 2 -- we have

11 duplicates there -- on that second page that Mr. Hobson

12 was discussing with you, it again mentions that where

13 you've got a product containing more than 1 percent

14 benzene, you then have to take into consideration

15    requirements that monitoring be done, correct?

16    A.    Yes.

17    Q.    Does it say anywhere on the document there

18    that -- well, on either of those two documents -- that

19 the substitution of a lower or nonbenzene containing

20 product was being recommended to make sure that the

21 workers weren't being exposed?

22    A.    I'm sorry. I didn't quite understand your

23    question you suggested.

24    Q.    Okay. The document mentions that substitution

25 should be made to bring the levels down below the

**Transcript of Mehlman, Myron**

```
01      threshold for monitoring, correct?
02      A.    Yes, an alternative should be found, same
03      thing, substitution.
04      Q.    Now, the document does not say we should be
05      substituting these materials because it's more healthy
06      for the workers, does it?
07      A.    Well, if you lower the level, it implies that
08      it will be safer product. It doesn't mean it's safe,
09  but certainly it would be considerably safer.
10      Q.    But when the words were chosen to go into the
11      corporate documents that we're looking at here today,
12      the concern that was reflected by the words used in the
13      documents was the monitoring requirement; is that
14      correct?
15      A.    That's what the document says by this
16      individual who wrote it.
17      MR. LYNN: That's all my questions.
18  Thank you.
19      MR. MILLER: I just have quick follow-up.
20      (EXHIBIT 7 MARKED)
21      REEXAMINATION
22      BY MR. MILLER:
23      Q.    Mr. Mehlman, I'm going to hand you what I've
24      marked as Exhibit No. 7 and ask if you can identify
25      this document for me, please.
```

**Transcript of Mehlman, Myron**

01    A.    Yes. The subject here is "Benzene Monitoring

02    Program, Submission of Samples."

03    Q.    It's dated August 18, 1977?

04    A.    Yes.

05    Q. And you were a recipient of this document?

06    A.    Yes.

07    Q.    And it was authored by Lester Levin; is that

08    correct?

09    A.    Yes.

10    Q.    And it refers to periodic benzene monitoring

11    that was ongoing at that time in Mobil facilities?

12    A.    Yes.

13    Q.    Was that monitoring similar to the dosimetry

14    that we talked about earlier in this deposition?

15    A.    Yes.

16    Q.    Okay. And do you know how frequently this

17    monitoring or dosimetry was being conducted by Mobil at

18    that time?

19    A.    Oh, I don't recall. That was a -- they did a

20    lot of monitoring. Lester Levin worked for me.

21    Everything he did he reported to me and got my

22    approval, including acquisition of equipment,

23    personnel.

24    Q.    I take it from this document and your

25    recollection that Mobil was conducting dosimetry on a

**Transcript of Mehlman, Myron**

01    periodic basis of employees who were working in

02    environments that may be contaminated with benzene.

03        A.    Very limited before the emergency temporary

04    standard and very few samples, not as frequently as

05    became necessary to do after 1977 Federal Register

06    publication of emergency temporary standard on benzene.

07        Q.    What was the date of the publication of the

08    emergency temporary standard?

09        A.    It's in Federal Register, and I think the

10        date -- I don't know the date. I can give you the

11        Federal Register number. It's 1910.1028. I'm sure I

12    have many copies of that.

13        Q.    Was the sampling that's discussed in what

14        we've marked as Exhibit No. 7, the Lester Levin -

15        A.    Levin.

16        Q.    -- memorandum, being conducted by Mobil in

17    response to the emergency temporary standard?

18        A.    That's correct.

19        Q.    And in August of 1977, was Liquid Wrench

20        available for use by Mobil employees in its facilities?

21        A.    I can't answer that. I don't know.

22        Q.    Was the recommendation made -- in the

23    documents we've looked at today made after August of

24    1977?

25        A.    I can't tell you what month. I just don't

**Transcript of Mehlman, Myron**

```
01   know.
02        Q.    We talked earlier in the deposition about
03        recommendations from individuals at Mobil to substitute
04   other products for Liquid Wrench.
05        A.    Then, it would be after emergency temporary
06        standard.
07        Q.    The October 12, 1977, memorandum, for example,
08   refers to a recommendation for substituting products
09        for Liquid Wrench.
10        A.    That's correct.
11        Q.    Were there individuals who were monitored
12        using dosimetry, as we've discussed earlier in the
13        deposition, being -- strike that.
14        There were individuals who worked with Liquid
15   Wrench in Mobil facilities that had been monitored for
16   their benzene exposure prior to the recommendation for
17        the substitution of that product?
18        MR. HOBSON: Objection, form.
19        A.    I don't know. I don't know. The person who
20        can answer that -- that would be in Mobil records
21   because individual by different job categories would be
22        listed and their exposure.
23        Q.    All right.
24        MR. MILLER: I don't have any further
25        questions, sir. Thank you.
```

**Transcript of Mehlman, Myron**

01     MR. HOBSON: Completes the deposition.

02     THE WITNESS: Thank you.

03     THE VIDEOGRAPHER: We're off the record

04     at 12:47.

05     THE REPORTER: Do you want to read and

06     sign?

07     THE WITNESS: Yes, I do.

08

09     (THE DEPOSITION WAS CONCLUDED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Transcript of Mehlman, Myron**