# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:18-CV-197-RJC-DSC

| | | |
|---|---|---|
| **BRUCE RHYNE & JANICE RHYNE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **VERDICT** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES STEEL CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## Liability

1. As to Issue One, was U.S. Steel negligent in the sale of raffinate, and if so, did that negligence proximately cause Bruce Rhyne's injury?

    _____ Yes          ✓ No

2. As to Issue Two, did U.S. Steel unreasonably fail to provide an adequate warning or instruction with raffinate to Radiator Specialty Company, and if so, did that proximately cause Bruce Rhyne's injury?

    _____ Yes          ✓ No

3. As to Issue Three, did U.S. Steel act unreasonably in designing or formulating raffinate, and if so, did that proximately cause Bruce Rhyne's injury?

    _____ Yes          ✓ No

Final Verdict Form -- Page 1

4. As to Issue Four, did U.S. Steel impliedly warrant to Radiator Specialty Company that the raffinate was merchantable, and if so, did U.S. Steel breach this implied warranty, and was that breach a proximate cause of Bruce Rhyne's injury?

_____ Yes          __✓__ No

*[If you have answered 'Yes' to at least one of Questions 1, 2, 3, or 4, then move on to Question 5. If you have answered 'No' to all of Questions 1, 2, 3, and 4, then you are finished with your duty as a jury.]*

5. As to Issue Five, did Bruce Rhyne, by his own negligence, contribute to his injury?

_____ Yes          _____ No

*[If you have answered 'Yes' to Question 5, then move on to Question 6. If you have answered 'No' to Question 5, then skip to Question 7.]*

6. As to Issue Six, was Bruce Rhyne injured by willful or wanton conduct of U.S. Steel?

_____ Yes          _____ No

*[If you have reached Question 6 and answered 'Yes' then proceed to Question 7. If instead you reached Question 6 and answered 'No,' then you are finished with your service as a jury.]*

Final Verdict Form -- Page 2

Case 3:18-cv-00197-RJC-DSC   Document 416   Filed 09/24/20   Page 2 of 4

*[Only answer Question 7 if you have answered at least one of Questions 1, 2, 3 or 4 as 'Yes,' AND if you have not simultaneously answered 'Yes' to Question 5 and 'No' to Question 6.]*

7.  As to Issue Seven, did the negligence of U.S. Steel proximately cause Janice Rhyne to lose the consortium of her spouse?

    _____ Yes                    _____ No

## <u>STOP</u>

*If you have answered 'No' to all of Questions 1, 2, 3, and 4, or if you have simultaneously answered 'Yes' to Question 5 and 'No' to Question 6, then you are finished with your task as a jury.*

*If instead you have answered 'Yes' to at least one of Question 1, 2, 3, or 4, and you have not simultaneously said 'Yes' to Question 5 and 'No' to Question 6, then proceed to Damages below.*

## Damages

8. As to Issue Eight, what amount is Bruce Rhyne entitled to recover from U.S. Steel for personal damages?

$ _____

*[Only answer Question 9 if you answered Question 7 as 'Yes.']*

9. As to Issue Nine, what amount is Janice Rhyne entitled to recover for loss of consortium?

$ _____

Signed, this the 24th day of September 2020.

Foreperson

Final Verdict Form -- Page 4