# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Bruce Rhyne<br>Janice Rhyne**,** | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 3:18-cv-00197-RJC-DSC |
| vs. | ) <br> ) | |
| United States Steel Corporation**,**<br>Defendant(s). | ) <br> ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on September 24, 2020.

September 24, 2020

*[Signature]*

Frank G. Johns, Clerk
United States District Court